**07 C 7144**

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT C



MICHAEL L. MOLINARO
Partner

321 North Clark Street
Suite 2300
Chicago, IL 60610-4746

Direct 312.464.3166
Main  312.464.3100
Fax   312.896.5592
mmolinaro@loeb.com

Via Telecopy and
Federal Express

May 4, 2007

CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144
Attn: Howard Wegman, President

Re: Bulk Continuing Loan Purchase Agreement dated as of March 10, 2000 (the "Bulk Purchase Agreement") by and between CreveCor Mortgage, Inc. ("Seller") and HSBC Mortgage Services, Inc. f/k/a Household Financial Services, Inc. ("HSBC") and JV Mortgage Capital, L.P.

Dear Mr. Wegman:

This firm represents HSBC in connection with the above-referenced Bulk Purchase Agreement and the Flow Loan Purchase Agreement dated as of March 30, 2000 ("Flow Agreement"). The Bulk Purchase Agreement and the Flow Purchase Agreement shall be collectively referred to as the "Loan Purchase Agreements." This letter is written to you on HSBC's behalf and at its direction. All capitalized terms used but no otherwise defined herein shall have the respective meanings ascribed to such terms in the Loan Purchase Agreements.

This letter shall constitute notice to Seller that as of April 30, 2007, the sum of $608,533.80 is due and owing to HSBC for premium recapture under the Loan Purchase Agreements and $7,317,560.83 is due and owing to HSBC for repurchase obligations under the Loan Purchase Agreements (collectively referred to as the "Indebtedness"). HSBC hereby demands that Seller pay the Indebtedness on or before **June 4, 2007**. If Seller fails to pay the Indebtedness in full on or before **June 4, 2007**, HSBC shall proceed to exercise all of its rights and remedies under the Loan Purchase Agreements and applicable law, including but not limited to commencing legal action against Seller. In addition, HSBC will seek to recover its attorneys' fees and expenses from Seller pursuant to the indemnification provisions of the Loan Purchase Agreements. Partial payments, if any, made by Seller shall be applied in reduction of the Indebtedness and the balance of the Indebtedness shall be immediately due and owing.

This letter and any future discussions between HSBC and Seller shall not (i) cause a modification of the other Loan Purchase Agreements, (ii) establish a custom or course of dealing, (iii) cure, release or postpone any existing or future default under the Loan Purchase



CreveCor Mortgage, Inc.
May 4, 2007
Page 2

Agreements or any of the instruments, agreements or documents related thereto, or (iv) waive, limit or condition any of HSBC's rights and remedies against Seller or any other person or entity, all of which rights and remedies are expressly reserved.

Very truly yours,

*Michael L. Molinaro*

Michael L. Molinaro
Partner

MLM:jlw
20983510012
CH33841.1

cc: Ms. Mary Alice Warren (via telecopy)
Mr. Bill G. Moulton (via telecopy)
Mr. Francis M. Pinkney (via telecopy)
Judd A. Levy, Esq. (via telecopy)