**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

HSBC MORTGAGE SERVICES, INC.

v.

CREVECOR MORTGAGE, INC.

**07 C 7144**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSBC MORTGAGE SERVICES, INC.

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE ASHMAN**

| |
|---|
| NAME (Type or print)<br> MICHAEL L. MOLINARO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Michael L. Molinaro |
| FIRM<br> Loeb & Loeb LLP |
| STREET ADDRESS<br> 321 North Clark Street, Suite 2300 |
| CITY/STATE/ZIP<br> Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183321 | TELEPHONE NUMBER<br>312/464-3166 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |