**FILED**
**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                         ) | No.: |
| ) | |
| CREVECOR MORTGAGE, INC.     ) | **07 C 7144** |
| ) | |
| Defendant.                  ) | **JUDGE PALLMEYER** |
| | **MAGISTRATE JUDGE ASHMAN** |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

In accordance with Local Rule 3.2, Plaintiff HSBC Mortgage Services, Inc. states that it is a nongovernmental corporate party wholly-owned by HSBC Finance Corporation, which is an indirect subsidiary of HSBC Holdings plc, a publicly held company.

Dated: December 19, 2007

Respectfully submitted,

HSBC MORTGAGE SERVICES, INC.

By: /s/ Michael L. Molinaro
One of Its Attorneys

Michael L. Molinaro (ARDC No.: 6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

CH34404.2