## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7144 | **DATE** | 12/21/2007 |
| **CASE TITLE** | HSBC Mortgage Services, Inc. vs. Crevecor Mortgage, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint identifies Plaintiff as a "Delaware corporation" that "conducts business" in Illinois. It identifies Defendant as a "Missouri corporation" that "conducted business" in Missouri. These allegations are insufficient to establish the court's jurisdiction. Within ten(10) days, Plaintiff is directed to confirm that by "Delaware corporation" and "Missouri corporation," Plaintiff means that the parties are incorporated in those states. Plaintiff is directed, further, to identify each party's principal place of business.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |