UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 07 C 7144 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| CREVECOR MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO COURT'S ORDER DATED DECEMBER 21, 2007**

Plaintiff HSBC Mortgage Services, Inc. ("HSBC Mortgage Services") by its attorneys, Loeb & Loeb LLP, respectfully responds to the Court's Order dated December 21, 2007, as follows:

1. On December 19, 2007, Plaintiff filed its Complaint against Defendant CreveCor Mortgage, Inc. ("CreveCor" or "Defendant") in which Plaintiff invoked this Court's diversity jurisdiction under 28 U.S.C. §1332(a)(1).

2. Plaintiff alleged, in relevant part, as follows:

> Plaintiff HSBC Mortgage Services (f/k/a Household Financial Services, Inc. and JV Mortgage Capital, L.P.) is a Delaware corporation and conducts business at 2700 Sanders Road, Prospect Heights, IL 60070.
>
> Defendant CreveCor (f/k/a Creve Coeur Mortgage Associates, Inc.) is a Missouri corporation and conducted business at 1150 Hanley Industrial Court, St. Louis, Missouri, 63144.

(Complaint ¶¶ 1 & 2.)

3. On December 21, 2007, the Court ordered (the "Order") the Plaintiff to "confirm that by 'Delaware corporation' and 'Missouri corporation,' Plaintiff means that the parties are

incorporated in those states." (Order, dated 12/21/2007.) The Court also ordered Plaintiff "to identify each party's principal place of business." (*Id.*)

4. In response to the Court's Order, Plaintiff confirms its allegation that HSBC Mortgage Services is a "Delaware corporation" means that HSBC Mortgage Services is incorporated in Delaware. Plaintiff also confirms that its allegation that HSBC Mortgage Services "conducts business at 2700 Sanders Road, Prospect Heights, IL 60070" means HSBC Mortgage Services' principal place of business is 2700 Sanders Road, Prospect Heights, Illinois 60070.

5. I addition, Plaintiff confirms that its allegation that CreveCor is a "Missouri corporation" means that CreveCor is incorporated in Missouri. Plaintiff also confirms that its allegation that CreveCor "conducted business at 1150 Hanley Industrial Court, St. Louis, Missouri, 63144" means that CreveCor's principal place of business is 1150 Hanley Industrial Court, St. Louis, Missouri, 63144.

6. By way of further clarification, Plaintiff notes that CreveCor was administratively dissolved by the Missouri Secretary of State on or about November 8, 2007, for failing to file a correct and current annual report. Pursuant to Missouri statute, an administratively dissolved corporation continues in its corporate existence and may be sued in its corporate name. *See State ex rel. Bunker Resource, Recycling and Reclamation, Inc. v. Hon. Robert H. Dierker, Jr.*, 955 S.W.2d 931, 933 (Mo. 1997). Specifically, section 351.476.2(5) of the Revised Statues of Missouri provides that "[d]issolution of a corporation does not: . . . [p]revent commencement of a proceeding by or against the corporation in its corporate name . . . ." § 351.476.2(5) R.S.Mo. (2007).

7.      Missouri law further provides that

> A corporation administratively dissolved continues its corporate existence but may not carry on any business except that necessary to wind up and liquidate its business and affairs under section 351.476 and notify claimants under sections 351.478 and 351.482, and any officer or director who conducts business on behalf of a corporation so dissolved except as provided in this section shall be personally liable for any obligation so incurred.

§ 351.486.3 R.S.Mo. (2007).

8.      As Plaintiff is incorporated in Delaware with its principal place of business in Illinois and Defendant is incorporated in Missouri with its principal place of business in Missouri there is complete diversity of the parties. Accordingly, Plaintiff asserts this Court has jurisdiction over this action, one in which the amount in controversy exceeds $75,000, under 28 U.S.C. §1332(a)(1).

Dated: January 2, 2008                                  Respectfully submitted,

                                                                HSBC MORTGAGE SERVICES, INC.

                                                                By: /s/ Michael L. Molinaro
                                                                            One of Its Attorneys

Michael L. Molinaro (ARDC No.: 6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January 2008, a copy of the foregoing **Plaintiff's Response to Court's Order Dated December 21, 2007** was served on the following party via first class, United States mail, postage prepaid:

CreveCor Mortgage, Inc.
c/o Howard Wegman, President
1150 Hanley Industrial Court,
St. Louis, Missouri 63144

/s/ Michael L. Molinaro