UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.:  07 C 7144 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| CREVECOR MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff HSBC Mortgage Services, Inc. ("HSBC Mortgage Services") by its attorneys, Loeb & Loeb LLP, hereby moves the Court for the entry of default against Defendant CreveCor Mortgage, Inc. ("CreveCor").

1.     On or about December 19, 2007, HSBC Mortgage Services filed its Complaint against CreveCor asserting two counts for breach of contract, and one count seeking to enforce certain indemnification obligations owed by CreveCor.

2.     On December 21, 2007, Howard Wegman, in his capacity as President of CreveCor was personally served a copy of the Complaint and Summons.  (*See* Affidavit of Service (Docket # 10).)

3.     On January 8, 2008, Plaintiff filed the affidavit of Robert A. Anderson attesting that he personally served a copy of the Complaint and Summons on Mr. Wegman on December 21, 2007.  (*Id.*)

4.     Accordingly, CreveCor was required under the Federal Rules of Civil Procedure to file an Answer (or otherwise defend) no later than January 10, 2008.

5.      As of the filing of Plaintiff's Motion, more than two weeks after the deadline to answer, CreveCor has failed to file an Answer or assert any basis that would obviate the need to file an Answer.  Indeed, CreveCor has taken no action in the case, and has not even filed an appearance.

**WHEREFORE**, Plaintiff HSBC Mortgage Services, Inc. respectfully requests the Court to direct the Clerk to enter a default against Defendant CreveCor Mortgage, Inc. pursuant to Fed. R. of Civ. P. 55(a), and grant HSBC Mortgage Services, Inc. such further relief as the Court deems just and proper.

Dated: January 25, 2008                               Respectfully submitted,

                                                      HSBC MORTGAGE SERVICES, INC.

                                                      By: s/ Blair R. Zanzig
                                                              One of Its Attorneys

Michael L. Molinaro (ARDC No.:  6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of January 2008, a copy of the foregoing **Plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)** was served on Defendant via first class, United States mail, postage prepaid at the following addresses:

CreveCor Mortgage, Inc.
c/o Howard Wegman, President
1150 Hanley Industrial Court,
St. Louis, MO 63144

Howard Wegman
President of CreveCor Mortgage, Inc.
12503 West Watson Rd.
St. Louis, MO  63127

                                                s/ Blair R. Zanzig

CH39688.1