# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HSBC Mortgage Services, Inc.

V.

Crevecor Mortgage, Inc.

CASE NUMBER: **07 C 7144**

ASSIGNED JUDGE: **JUDGE PALLMEYER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, Missouri 63144

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael L. Molinaro
Loeb & Loeb LLP
321 N. Clark Street, Suite 2300
Chicago, Illinois 60610
312 464-3100

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Nadine Hurley_ (signature)

(By) DEPUTY CLERK

December 20, 2007
Date

|  |  |
|---|---|
| *Attorney or Party without Attorney:*<br>MICHAEL L. MOLINARO<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60610<br>*Telephone No:* (312) 464-3100 | *For Court Use Only* |
| | *Ref. No. or File No.:*<br>33967 |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of Illinois

*Plaintiff:* HSBC MORTGAGE SERVICES, INC.
*Defendant:* CREVECOR MORTGAGE, INC.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07 C 7144 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; NOTIFICATION OF AFFILIATES - DISCLOSURE STATEMENT

3. a. *Party served:* CREVECOR MORTGAGE, INC.
   b. *Person served:* HOWARD WEGMAN, AGENT FOR SERVICE.,(Served under F.R.C.P Rule 4)

4. *Address where the party was served:* 12503 WEST WATSON RD.
   ST. LOUIS, MO 63127

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 21, 2007 (2) at: 5:59PM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. ROBERT A. ANDERSON
   b. **NATIONWIDE LEGAL INC.**
   316 W. 2ND STREET
   SUITE 705
   LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

   d. *The Fee for Service was:*
   e. I am: not a registered California process server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Dec. 26, 2007

   *(ROBERT A. ANDERSON)*   #256  33967.micmo.128

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE