# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7144 | **DATE** | 2/4/2008 |
| **CASE TITLE** | HSBC Mortgage Services, Inc. vs. Crevecor Mortgage, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of default pursuant to Fed. R. Civ. P. 55(a) [12] granted. Prove-up hearing set for 2/19/2008 at 9:00.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|