UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 07 C 7144 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| CREVECOR MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINITFF HSBC'S MOTION FOR ENTRY OF
JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)(2)**

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff HSBC Mortgage Services, Inc. ("HSBC" or "Plaintiff"), by its attorneys, Loeb & Loeb LLP, hereby moves the Court for entry of judgment by default (the "Motion") against Defendant CreveCor Mortgage, Inc. ("CreveCor" or "Defendant"). In support of its Motion, HSBC Mortgage Services concurrently has filed, and incorporates by reference herein, a Memorandum of Law in Support, and the Affidavit of Robert K. Carse. In further support of its Motion, Plaintiff states and alleges as follows:

1. CreveCor is in the business of originating and selling mortgage loans, while HSBC Mortgage Services in turn purchases mortgage loans.

2. In March 2000, to facilitate future sales of mortgage loans by CreveCor to HSBC Mortgage Services (collectively, the "Parties"), and for good and sufficient consideration, the Parties entered into two loan purchase agreements: the Bulk Loan Purchase Agreement, dated as of March 10, 2000 (the "Bulk Loan Purchase Agreement"), and the Flow Loan Purchase Agreement dated March 30, 2000 (the "Flow Loan Purchase Agreement"). The Bulk Loan Purchase Agreement and the Flow Loan Purchase Agreement shall be collectively referred to as the "Loan Purchase Agreements."

3. CreveCor agreed in both Loan Purchase Agreements that if any loan purchased by HSBC Mortgage Services from CreveCor was paid off by the borrower within the first twelve months of HSBC Mortgage Services' purchase, then CreveCor would refund a certain percentage of the premium paid by HSBC Mortgage Services.

4. CreveCor also promised that if any of the numerous loans sold to HSBC Mortgage Services failed to live up to CreveCor's representations and warranties, then CreveCor would repurchase such loans from HSBC Mortgage Services.

5. CreveCor breached both promises. CreveCor failed to refund premiums for numerous loans that HSBC Mortgage purchased in which the borrower repaid the loan within twelve months. CreveCor also refused to repurchase loans which failed to satisfy CreveCor's representations and warranties made in the Loan Purchase Agreement.

6. In a May 4, 2007 letter (the "Demand Letter"), HSBC Mortgage Services notified CreveCor that $608,533.80 was due and owing as of April 30, 2007, on account of the breached premium recapture provisions. In that same letter, HSBC Mortgage Services also demanded that CreveCor fulfill its outstanding repurchase obligations totaling $7,317,560.83.

7. CreveCor has failed to pay any of these amounts.

8. Accordingly, on or about December 19, 2007, HSBC Mortgage Services filed this action against CreveCor asserting two counts of breach of contract and one count for indemnification (the "Complaint").

9. HSBC Mortgage Services served CreveCor with the Complaint and Summons on December 21, 2007, and filed proof of service on January 8, 2008.

10. On February 4, 2008, the Court entered default against CreveCor.

11.     To date, CreveCor has failed to file an appearance, much less plead or otherwise defend this action.  Plaintiff now brings this Motion seeking entry of judgment by default pursuant to Fed. R. Civ. P. 55(b)(2).

12.     The well-pleaded allegations of the Complaint, taken as true as a result of CreveCor's default, establishes HSBC Mortgage Services entitlement to relief for CreveCor's multiple breaches of the Loan Purchase Agreements.

13.     Additionally, the detailed affidavit of Robert K. Carse – the HSBC Mortgage Services employee responsible for managing HSBC Mortgage's claims under the Loan Purchase Agreements – together with the documentary evidence attached thereto provides the Court a more than sufficient basis to ascertain the amount of damages with reasonable certainty.

14.     Such evidence demonstrates that HSBC Mortgage is entitled, among other things, to a judgment in its favor in the aggregate amount of no less than $7,926,094.63.

**WHEREFORE**, HSBC Mortgage Services, Inc. respectfully requests that the Court:  (a) enter judgment by default in favor of HSBC Mortgage Services and against CreveCor in the amount of $7,926,094.63; (b) award post-judgment interest; and (c) grant such other and further relief that is just under the circumstances.

Dated: February 14, 2008                    Respectfully submitted,

                                            HSBC MORTGAGE SERVICES, INC.

                                            By:  s/ Blair R. Zanzig
                                                    One of Its Attorneys

Michael L. Molinaro (ARDC No.:  6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 07 C 7144 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| CREVECOR MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**[Proposed] ORDER ENTERING JUDGMENT BY DEFAULT**

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default Pursuant to Fed. R. Civ. P. 55(b)(2) (the "Motion") against Defendant CreveCor Mortgage, Inc.; the Memorandum of Law in Support of the Motion; and the Affidavit of Robert K. Carse in Support of the Motion, including the attached exhibits, it appearing that there is good cause to grant the Motion, and there being no objection to the Motion, IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Motion is hereby granted; and

2. Judgment is entered in favor of the Plaintiff HSBC Mortgage Services, Inc. and against Defendant CreveCor Mortgage, Inc. in the amount of $7,926,094.63, plus interest accruing at the rate set forth in 28 U.S.C. § 1961 from the date of entry of this judgment until full payment is made.

ENTER:

Dated:_____        _____
                              District Court Judge

2

Order Prepared by:

Michael L. Molinaro (ARDC No.: 6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

*Counsel for Plaintiff HSBC Mortgage Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of February 2008, a copy of the foregoing **Plaintiff's Motion for Entry of Judgment by Default Pursuant to Fed. R. Civ. P. 55(b)(2)** and **[Proposed] Order Entering Judgment by Default** was served on Defendant via first class, United States mail, postage prepaid at the following addresses:

CreveCor Mortgage, Inc.
c/o Howard Wegman, President
P.O. Box 6828
St. Louis, Missouri 63144

Howard Wegman
President of CreveCor Mortgage, Inc.
12503 West Watson Rd.
St. Louis, MO  63127

s/ Blair R. Zanzig

CH40116.1