**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No.:  07 C 7144 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| CREVECOR MORTGAGE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, February 19, 2008** at **9:00 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, or any other judge sitting in her stead in Courtroom 2119, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiff's Motion for Entry of Judgment by Default Pursuant to Fed. R. Civ. P. 55(b)(2),** a copy of which has been served upon you.

Dated: February 14, 2008

Respectfully submitted,

HSBC MORTGAGE SERVICES, INC.

By:  s/ Blair R. Zanzig
One of Its Attorneys

Michael L. Molinaro (ARDC No.:  6183321)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of February 2008, a copy of the foregoing **Notice of**

**Motion** was served on Defendant via first class, United States mail, postage prepaid at the

following addresses:

CreveCor Mortgage, Inc.
c/o Howard Wegman, President
P.O. Box 6828
St. Louis, Missouri 63144

Howard Wegman
President of CreveCor Mortgage, Inc.
12503 West Watson Rd.
St. Louis, MO  63127

s/ Blair R. Zanzig

CH39778.1