# EXHIBIT C

Case 1:07-cv-07144    Document 19-6    Filed 02/14/2008    Page 1 of 10

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
GREYEGOR MORTGAGE, INC.

### Invoice Sent in April 2007

| Blk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0016115271 | WATKINS, D | 279643 | 12/26/2006 | 105,500 | 90 | 03/26/2007 | 3,165.00 | 75.0% | 2,373.75 | - | 2,373.75 | 858421560 |
| B | 1 | 0015996440 | PHILLIPS, S | 275656 | 11/30/2006 | 75,000 | 99 | 03/09/2007 | 707.25 | 75.0% | 530.44 | - | 530.44 | 858424232 |
| B | 1 | 0015996580 | SIEBERT, M | 277489 | 11/30/2006 | 211,500 | 118 | 03/28/2007 | 14,743.67 | 75.0% | 11,057.75 | - | 11,057.75 | 858424232 |
| B | 1 | 0015763006 | MAKIN, L | 273504 | 10/31/2006 | 237,000 | 122 | 03/02/2007 | 10,143.60 | 66.7% | 6,762.40 | 1,894.16 | 4,868.24 | 858420066 |
| B | 1 | 0015763147 | WOLF, S | 272121 | 10/31/2006 | 266,000 | 139 | 03/19/2007 | 14,765.66 | 66.7% | 9,843.77 | 3,348.54 | 6,495.23 | 858420066 |
| B | 1 | 0015261811 | TAYLOR JR, R | 264675 | 08/30/2006 | 197,000 | 198 | 03/16/2007 | 6,786.65 | 50.0% | 3,393.33 | - | 3,393.33 | 858429049 |
| B | 1 | 0014965529 | WINKLER-VALAD | 258409 | 07/31/2006 | 184,000 | 213 | 03/01/2007 | 5,337.84 | 41.7% | 2,224.10 | - | 2,224.10 | 858423056 |
| B | 1 | 0014965750 | CUNNINGHAM, M | 259948 | 07/31/2006 | 199,000 | 214 | 03/02/2007 | 5,772.99 | 41.7% | 2,405.41 | - | 2,405.41 | 858423056 |
| B | 1 | 0015166515 | VESTUTO, B | 261430 | 08/22/2006 | 88,950 | 221 | 03/31/2007 | 2,784.14 | 41.7% | 1,160.06 | - | 1,160.06 | 858423581 |
| B | 1 | 0014789432 | TRENT CRISP, | 256619 | 07/17/2006 | 167,190 | 235 | 03/09/2007 | 5,577.46 | 41.7% | 2,323.94 | - | 2,323.94 | 858423669 |
| B | 1 | 0014790042 | CLEGHORN, J | 256180 | 07/17/2006 | 195,000 | 245 | 03/19/2007 | 4,393.35 | 33.3% | 1,464.45 | - | 1,464.45 | 858423669 |
| B | 1 | 0014790695 | WALKER, H | 260281 | 07/17/2006 | 182,000 | 247 | 03/21/2007 | 4,526.34 | 33.3% | 1,508.78 | 1,435.38 | 73.40 | 858423669 |
| B | 1 | 0014461396 | SAUNDERS, S | 249907 | 06/19/2006 | 114,300 | 261 | 03/07/2007 | 3,194.69 | 33.3% | 1,064.90 | - | 1,064.90 | 858420396 |
| B | 1 | 0014460166 | IDUBOR, O | 250303 | 06/19/2006 | 340,000 | 269 | 03/15/2007 | 9,503.00 | 33.3% | 3,167.67 | - | 3,167.67 | 858420396 |
| B | 1 | 0014115968 | SCHARFENBERG, | 246558 | 05/19/2006 | 177,800 | 287 | 03/02/2007 | 4,073.40 | 25.0% | 1,018.35 | - | 1,018.35 | 858421297 |
| B | 1 | 0014301360 | JURADO, J | 248232 | 05/31/2006 | 188,000 | 289 | 03/16/2007 | 4,382.28 | 25.0% | 1,095.57 | - | 1,095.57 | 858421408 |
| B | 1 | 0014300339 | HAMBLIN, B | 251443 | 05/31/2006 | 300,000 | 289 | 03/16/2007 | 6,993.00 | 25.0% | 1,748.25 | - | 1,748.25 | 858421408 |
| B | 1 | 0013895768 | TAYLOR, L | 239966 | 04/28/2006 | 144,750 | 307 | 03/01/2007 | 5,041.64 | 16.7% | 840.27 | - | 840.27 | 858427357 |
| B | 1 | 0013558135 | AREBALOS, N | 234504 | 03/31/2006 | 157,500 | 350 | 03/16/2007 | 3,814.65 | 8.3% | 317.89 | - | 317.89 | 858423184 |
| B | 1 | 0013660139 | INTHAVONG, S | 242930 | 04/13/2006 | 101,000 | 352 | 03/31/2007 | 2,522.98 | 8.3% | 210.25 | - | 210.25 | 858424370 |

Invoice Total $47,833.25

### Invoice Sent in March 2007

| Blk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0015605082 | BEIER, K | 270102 | 10/12/2006 | 238,000 | 117 | 02/06/2007 | 6,690.18 | 75.0% | 5,017.64 | 3,724.79 | 1,292.85 | 858429230 |
| B | 1 | 0015506363 | ANDREWS, J | 263082 | 09/29/2006 | 287,000 | 151 | 02/27/2007 | 14,803.46 | 66.7% | 9,868.97 | 3,500.94 | 6,368.03 | 858426691 |
| B | 1 | 0015386519 | AUN, S | 268303 | 09/15/2006 | 159,000 | 151 | 02/13/2007 | 7,907.07 | 66.7% | 5,271.38 | 1,269.15 | 4,002.23 | 858421523 |
| B | 1 | 0015165087 | ELLIS, B | 254824 | 08/22/2006 | 227,000 | 189 | 02/27/2007 | 7,105.10 | 50.0% | 3,552.55 | - | 3,552.55 | 858423581 |
| B | 1 | 0014790059 | COHEN, M | 257749 | 07/17/2006 | 95,000 | 204 | 02/06/2007 | 3,169.20 | 50.0% | 1,584.60 | - | 1,584.60 | 858423669 |
| B | 1 | 0013158134 | SPINNER, R | 225328 | 02/28/2006 | 180,000 | 345 | 02/08/2007 | 4,771.80 | 8.3% | 397.65 | - | 397.65 | 858424589 |

Invoice Total $17,197.91

HSBC Mortgage Services
Early Loan Payoff - Premium Recapture
CREVECOR MORTGAGE INC

Invoice Sent in February 2007

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0015506793 | LIGHTLE, C | 269724 | 09/29/2006 | 136,000 | 123 | 01/30/2007 | 8,180.40 | 66.7% | 5,453.60 | - | 5,453.60 | 8584266918 |
| B | 1 | 0015166200 | MASFIELD, A | 260488 | 08/22/2006 | 168,000 | 135 | 01/04/2007 | 5,258.40 | 66.7% | 3,505.60 | 2,126.85 | 1,378.75 | 8584235810 |
| B | 1 | 0015165301 | MATUSZAK, A | 263434 | 08/22/2006 | 118,400 | 155 | 01/24/2007 | 3,705.92 | 58.3% | 2,161.79 | 1,567.60 | 594.19 | 8584235810 |
| B | 1 | 0014965677 | BRADSHAW, J | 254823 | 07/31/2006 | 172,500 | 169 | 01/16/2007 | 5,004.22 | 58.3% | 2,919.13 | - | 2,919.13 | 8584230565 |
| B | 1 | 0014965461 | SITTIG, D | 261766 | 07/31/2006 | 104,000 | 175 | 01/22/2007 | 3,066.96 | 58.3% | 1,789.06 | 1,263.68 | 525.38 | 8584230565 |
| B | 1 | 0014460539 | BAILLY, J | 254716 | 06/19/2006 | 79,000 | 197 | 01/02/2007 | 2,208.05 | 50.0% | 1,104.03 | - | 1,104.03 | 8584203961 |
| B | 1 | 0014301832 | TRUJILLO, J | 250248 | 05/31/2006 | 69,000 | 232 | 01/18/2007 | 1,608.39 | 41.7% | 670.16 | - | 670.16 | 8584214085 |
| B | 1 | 0014114805 | BENNETT, C | 247831 | 05/19/2006 | 265,000 | 236 | 01/10/2007 | 7,125.85 | 41.7% | 2,969.10 | - | 2,969.10 | 8584212976 |
| B | 1 | 0013557798 | SANCHEZ, J | 233984 | 03/31/2006 | 143,200 | 285 | 01/10/2007 | 3,468.30 | 25.0% | 867.08 | - | 867.08 | 8584231847 |
| B | 1 | 0013220553 | THOMPSON, L | 231131 | 03/02/2006 | 261,000 | 308 | 01/04/2007 | 6,919.11 | 16.7% | 1,153.19 | - | 1,153.19 | 8584282017 |
| B | 1 | 0012999793 | HERNANDEZ, R | 228330 | 02/21/2006 | 162,000 | 343 | 01/30/2007 | 4,591.08 | 8.3% | 382.59 | - | 382.59 | 8584230975 |

Invoice Total $18,017.20

Invoice Sent in January 2007

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
GREVECOR MORTGAGE, INC.

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0015386634 | FLORES, J | 269790 | 09/15/2006 | 59,000 | 87 | 12/11/2006 | 2,983.63 | 83.3% | 2,486.36 | 2,425.30 | 61.06 | 8584215239 |
| B | 1 | 0014633648 | BARNES, A | 252332 | 06/30/2006 | 250,000 | 154 | 12/01/2006 | 4,650.00 | 58.3% | 2,712.50 | - | 2,712.50 | 8584223734 |
| B | 1 | 0014789713 | ROYSTER, L | 253592 | 07/17/2006 | 116,000 | 156 | 12/20/2006 | 2,884.92 | 58.3% | 1,682.87 | - | 1,682.87 | 8584236695 |
| B | 1 | 0014633408 | SCHOEPKE, A | 251712 | 06/30/2006 | 93,500 | 159 | 12/06/2006 | 1,585.76 | 58.3% | 925.03 | - | 925.03 | 8584223734 |
| B | 1 | 0014633333 | PEREZ, E | 253275 | 06/30/2006 | 213,900 | 174 | 12/21/2006 | 3,015.99 | 58.3% | 1,759.33 | - | 1,759.33 | 8584223734 |
| B | 1 | 0014461321 | QUAM, L | 252538 | 06/19/2006 | 179,900 | 184 | 12/20/2006 | 5,028.21 | 50.0% | 2,514.11 | - | 2,514.11 | 8584203961 |
| B | 1 | 0014300446 | KNERRER, D | 248381 | 05/31/2006 | 85,000 | 201 | 12/18/2006 | 1,981.35 | 50.0% | 990.68 | - | 990.68 | 8584214085 |
| B | 1 | 0014301691 | SANDOVAL, A | 251510 | 05/31/2006 | 150,500 | 201 | 12/18/2006 | 3,508.16 | 50.0% | 1,754.08 | - | 1,754.08 | 8584214085 |
| B | 1 | 0013660576 | WARE JR, J | 233653 | 04/13/2006 | 196,000 | 236 | 12/05/2006 | 1,160.32 | 41.7% | 483.47 | - | 483.47 | 8584243700 |
| B | 1 | 0013895032 | ASHBY, W | 237827 | 04/28/2006 | 218,700 | 246 | 12/30/2006 | 5,887.40 | 33.3% | 1,962.47 | - | 1,962.47 | 8584273573 |
| B | 1 | 0013557293 | INNOCENT, J | 234193 | 03/31/2006 | 327,600 | 251 | 12/07/2006 | 7,934.47 | 33.3% | 2,644.82 | - | 2,644.82 | 8584231847 |
| B | 1 | 0013328331 | SMITH, K | 237587 | 03/17/2006 | 150,000 | 262 | 12/04/2006 | 3,207.00 | 33.3% | 1,069.00 | - | 1,069.00 | 8584263534 |
| B | 1 | 0013327762 | HURD, J | 232313 | 03/17/2006 | 380,000 | 262 | 12/04/2006 | 41.80 | 33.3% | 13.93 | - | 13.93 | 8584263534 |
| B | 1 | 0013328117 | MORENO, G | 232553 | 03/17/2006 | 102,480 | 263 | 12/05/2006 | 2,854.07 | 33.3% | 951.36 | - | 951.36 | 8584263534 |
| B | 1 | 0013159363 | WINDL, A | 230639 | 02/28/2006 | 175,750 | 280 | 12/05/2006 | 4,659.13 | 25.0% | 1,164.78 | - | 1,164.78 | 8584245895 |
| B | 1 | 0013327366 | WINE, K | 233465 | 03/17/2006 | 219,920 | 288 | 12/30/2006 | 6,124.77 | 25.0% | 1,531.19 | - | 1,531.19 | 8584262653 |
| B | 1 | 0013157953 | MSEKA, A | 229882 | 02/28/2006 | 532,000 | 294 | 12/19/2006 | 14,103.32 | 25.0% | 3,525.83 | - | 3,525.83 | 8584245895 |
| B | 2 | 0013157439 | RHOTEN, C | 225331 | 01/30/2006 | 86,250 | 333 | 12/29/2006 | 876.30 | 16.7% | 146.05 | - | 146.05 | 8584288800 |
| B | 1 | 0012715439 | RHOTEN, C | 219442 | 01/30/2006 | 310,500 | 333 | 12/29/2006 | 9,051.08 | 16.7% | 1,508.51 | - | 1,508.51 | 8584288800 |
| B | 1 | 0012715421 | SIMMONS, J | 214170 | 01/20/2006 | 23,494 | 334 | 12/20/2006 | 269.94 | 8.3% | 22.50 | - | 22.50 | 8584421540 |
| B | 2 | 0012542940 | ROGERS, J | 218227 | 01/04/2006 | 79,120 | 341 | 12/11/2006 | 1,926.57 | 8.3% | 160.55 | - | 160.55 | 8584225275 |
| B | 1 | 0012352548 | GENA, J | 211204 | 01/04/2006 | 230,000 | 349 | 12/19/2006 | 3,450.00 | 8.3% | 287.50 | - | 287.50 | 8584225275 |
| B | 1 | 0012354361 | HANDY, B | 220808 | 01/04/2006 | 83,600 | 356 | 12/26/2006 | 2,035.66 | 8.3% | 169.64 | - | 169.64 | 8584225275 |
| B | 1 | 0012351268 | ROGALSKI, S | 219550 | 01/04/2006 | 121,200 | 357 | 12/27/2006 | 2,951.22 | 8.3% | 245.94 | - | 245.94 | 8584225275 |
| B | 1 | 0012352522 | | | | | | | | | | | | |
| B | 1 | 0012355079 | LANDRUM, E | 219953 | 01/04/2006 | 106,400 | 360 | 12/30/2006 | 106.40 | 8.3% | 8.87 | - | 8.87 | 8584225275 |

Invoice Total $28,296.07

Page 5 of 19

**HSBC Mortgage Services**
**Early Loan Payoff - Premium Recapture**
**CREVECOR MORTGAGE, INC**

Invoice Sent in December 2006

| Bulk/Flow Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0015763030 | MCGARY, J | 269309 | 10/31/2006 | 107,400 | 9 | 11/09/2006 | 1,159.92 | 100.0% | 1,159.92 | - | 1,159.92 | 858420066 |
| B 1 | 0015387079 | BYERLY, J | 269176 | 09/15/2006 | 87,000 | 54 | 11/08/2006 | 6,139.59 | 91.7% | 5,627.96 | 1,391.32 | 4,236.64 | 858421523 |
| B 1 | 0015262876 | TRAUGOTT, D | 260504 | 08/30/2006 | 569,899 | 69 | 11/07/2006 | 25,833.53 | 83.3% | 21,527.94 | 9,117.98 | 12,409.96 | 858429049 |
| B 1 | 0014790158 | GRULKOWSKI, T | 259184 | 07/17/2006 | 166,000 | 136 | 11/30/2006 | 4,128.42 | 66.7% | 2,752.28 | - | 2,752.28 | 858423669 |
| B 1 | 0014301485 | MEZO, J | 246937 | 05/31/2006 | 49,971 | 170 | 11/17/2006 | 1,164.82 | 58.3% | 679.48 | - | 679.48 | 858421408 |
| B 1 | 0013895784 | TIMBO, S | 225854 | 04/28/2006 | 189,950 | 195 | 11/09/2006 | 5,113.45 | 50.0% | 2,556.73 | - | 2,556.73 | 858427357 |
| B 1 | 0013557830 | SCHUMITSCH, E | 238826 | 03/31/2006 | 141,500 | 215 | 11/01/2006 | 3,427.13 | 41.7% | 1,427.97 | - | 1,427.97 | 858423184 |
| B 1 | 0013327523 | CHAVEZ, J | 233010 | 03/17/2006 | 319,200 | 245 | 11/17/2006 | 8,889.72 | 33.3% | 2,963.24 | - | 2,963.24 | 858426353 |
| B 1 | 0013157631 | DAHL, C | 224740 | 02/28/2006 | 205,000 | 252 | 11/07/2006 | 5,434.55 | 33.3% | 1,811.52 | - | 1,811.52 | 858424589 |
| B 1 | 0013158365 | BENITEZ, J | 230280 | 02/28/2006 | 160,200 | 265 | 11/20/2006 | 4,246.90 | 33.3% | 1,415.63 | - | 1,415.63 | 858424589 |
| B 1 | 0012999470 | CONGLETON, J | 229358 | 02/21/2006 | 93,600 | 269 | 11/17/2006 | 2,652.62 | 33.3% | 884.21 | - | 884.21 | 858423097 |
| B 1 | 0012999413 | BUEY, J | 228466 | 02/21/2006 | 212,000 | 274 | 11/22/2006 | 4,460.48 | 25.0% | 1,115.12 | - | 1,115.12 | 858423097 |
| B 1 | 0012715546 | TOWNSEND, M | 220933 | 01/30/2006 | 137,600 | 281 | 11/07/2006 | 4,011.04 | 25.0% | 1,002.76 | - | 1,002.76 | 858428800 |
| B 1 | 0012354270 | FAIRMAN, C | 218789 | 01/04/2006 | 166,400 | 329 | 11/29/2006 | 3,635.84 | 16.7% | 605.97 | - | 605.97 | 858425275 |
| B 1 | 0012352787 | SOLIS, R | 218303 | 01/04/2006 | 173,000 | 330 | 11/30/2006 | 4,212.55 | 16.7% | 702.09 | - | 702.09 | 858425275 |
| B 1 | 0012089280 | GOTHARD, K | 205233 | 11/30/2005 | 156,000 | 341 | 11/06/2006 | 3,003.00 | 8.3% | 250.25 | - | 250.25 | 858420271 |
| B 1 | 0011973716 | CLARY, J | 206227 | 11/23/2005 | 158,400 | 359 | 11/17/2006 | 3,213.94 | 8.3% | 267.83 | - | 267.83 | 858424100 |

Invoice Total $36,241.60

Invoice Sent in November 2006

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0015261241 | BRENNAN, B | 266039 | 08/30/2006 | 211,500 | 36 | 10/05/2006 | 11,541.56 | 91.7% | 10,579.76 | - | 10,579.76 | 858429049 |
| B | 1 | 0014966048 | KOONTZ, N | 256197 | 07/31/2006 | 122,000 | 85 | 10/24/2006 | 3,539.22 | 83.3% | 2,949.35 | - | 2,949.35 | 858423056 |
| B | 1 | 0014965701 | CANDELARIA, D | 259622 | 07/31/2006 | 165,300 | 87 | 10/26/2006 | 4,795.35 | 83.3% | 3,996.13 | - | 3,996.13 | 858423056 |
| B | 1 | 0014460091 | HA, T | 2555B5 | 06/19/2006 | 155,000 | 108 | 10/05/2006 | 4,332.25 | 75.0% | 3,249.19 | 773.35 | 858420396 |
| B | 1 | 0014460562 | BARKER, C | 249639 | 06/19/2006 | 118,750 | 116 | 10/13/2006 | 2,480.69 | 75.0% | 1,860.52 | 673.88 | 858420396 |
| B | 1 | 0014633424 | SEELYE, T | 241356 | 06/30/2006 | 137,201 | 118 | 10/26/2006 | 2,551.94 | 75.0% | 1,913.96 | - | 1,913.96 | 858422373 |
| B | 1 | 0013895099 | BURGETT, C | 244284 | 04/28/2006 | 122,000 | 172 | 10/17/2006 | 3,674.64 | 58.3% | 2,143.54 | 975.09 | 1,168.45 | 858427357 |
| B | 1 | 0013557533 | MORTON, E | 229136 | 03/31/2006 | 95,000 | 202 | 10/19/2006 | 2,300.90 | 50.0% | 1,150.45 | 757.74 | 392.71 | 858423184 |
| B | 1 | 0013557467 | MAY III, J | 229867 | 03/31/2006 | 90,000 | 214 | 10/31/2006 | 2,179.80 | 41.7% | 908.25 | 718.68 | 189.57 | 858423184 |
| B | 1 | 0013327549 | CLARK, J | 231606 | 03/17/2006 | 242,720 | 214 | 10/17/2006 | 6,759.75 | 41.7% | 2,816.56 | - | 2,816.56 | 858426353 |
| B | 1 | 0013158977 | RIDEOUT, L | 230270 | 02/28/2006 | 224,000 | 216 | 10/02/2006 | 5,938.24 | 41.7% | 2,474.27 | 1,792.00 | 682.27 | 858424589 |
| B | 1 | 0013158118 | SCHUMANN, S | 231100 | 02/28/2006 | 277,600 | 237 | 10/23/2006 | 7,359.18 | 41.7% | 3,066.33 | 2,217.80 | 848.53 | 858424589 |
| B | 1 | 0012998761 | EARNEST, E | 221554 | 02/21/2006 | 173,600 | 248 | 10/27/2006 | 4,919.82 | 33.3% | 1,639.94 | 1,380.09 | 259.85 | 858423097 |
| B | 1 | 0012998522 | ALVAREZ, C | 227064 | 02/21/2006 | 296,000 | 252 | 10/31/2006 | 8,388.64 | 33.3% | 2,796.21 | - | 2,796.21 | 858423097 |
| B | 1 | 0012353629 | BROTT, R | 216772 | 01/04/2006 | 124,938 | 272 | 10/03/2006 | 2,729.90 | 33.3% | 909.97 | - | 909.97 | 858425275 |
| B | 1 | 0012579660 | MERCADO, A | 218963 | 01/24/2006 | 159,920 | 274 | 10/25/2006 | 4,623.29 | 25.0% | 1,155.82 | - | 1,155.82 | 858428103 |
| B | 2 | 0012581187 | LOPEZ, J | 212179 | 01/24/2006 | 28,492 | 280 | 10/31/2006 | 108.27 | 25.0% | 27.07 | - | 27.07 | 858428103 |
| B | 1 | 0012581179 | LOPEZ, J | 208951 | 01/24/2006 | 134,908 | 280 | 10/31/2006 | 3,900.18 | 25.0% | 975.05 | - | 975.05 | 858428103 |
| B | 1 | 0012352316 | PEARSON, L | 220184 | 01/04/2006 | 65,000 | 286 | 10/17/2006 | 1,137.50 | 25.0% | 284.38 | - | 284.38 | 858425275 |
| B | 1 | 0012352290 | PEAK, T | 217485 | 01/04/2006 | 131,912 | 289 | 10/20/2006 | 3,212.07 | 25.0% | 803.02 | - | 803.02 | 858425275 |
| B | 1 | 0012355004 | KLUMP, D | 213828 | 01/04/2006 | 284,800 | 288 | 10/19/2006 | 284.80 | 25.0% | 71.20 | - | 71.20 | 858425275 |
| B | 1 | 0012355517 | MUNGUIA, R | 219457 | 01/04/2006 | 162,000 | 287 | 10/18/2006 | 3,539.70 | 25.0% | 884.93 | - | 884.93 | 858425275 |
| B | 1 | 0011975109 | ROBERTS, D | 210188 | 11/23/2005 | 232,000 | 324 | 10/13/2006 | 2,700.48 | 16.7% | 450.08 | - | 450.08 | 858424100 |
| B | 1 | 0011973708 | CLARK, A | 211648 | 11/23/2005 | 144,000 | 322 | 10/11/2006 | 2,921.76 | 16.7% | 486.96 | - | 486.96 | 858424100 |
| B | 1 | 0011974748 | MCGRAW, L | 213714 | 11/23/2005 | 211,500 | 329 | 10/18/2006 | 4,291.33 | 16.7% | 715.22 | - | 715.22 | 858424100 |
| B | 1 | 0011793908 | NAPIER, D | 208650 | 10/31/2005 | 156,000 | 338 | 10/04/2006 | 3,564.60 | 8.3% | 297.05 | - | 297.05 | 858420252 |
| B | 1 | 0011792884 | DEMPICH, J | 203157 | 10/31/2005 | 247,000 | 343 | 10/09/2006 | 5,643.95 | 8.3% | 470.33 | - | 470.33 | 858420252 |
| B | 1 | 0011675147 | BALDWIN SANDE | 205497 | 10/25/2005 | 130,500 | 343 | 10/03/2006 | 2,931.03 | 8.3% | 244.25 | - | 244.25 | 858427295 |
| B | 1 | 0011675618 | YARBROUGH, J | 197027 | 10/25/2005 | 79,900 | 345 | 10/05/2006 | 1,794.55 | 8.3% | 149.55 | - | 149.55 | 858427295 |
| B | 1 | 0011678125 | THAO, Y | 200284 | 10/25/2005 | 172,000 | 360 | 10/20/2006 | 3,863.12 | 8.3% | 321.93 | - | 321.93 | 858427295 |
| B | 1 | 0011675824 | BEARD, C | 209484 | 10/25/2005 | 95,000 | 363 | 10/23/2006 | 2,133.70 | 8.3% | 177.81 | - | 177.81 | 858427295 |

APR-24-07 10:14 FROM- HSBC Mortgage Services Early Loan Payoff Premium Recapture GREVECOR MORTGAGE INC Invoice Total $39,434.94 T-771 P.007/020 F-475

HSBC Mortgage Services
CREVECOR MORTGAGE, INC
Early Loan Payoff Premium Recapture

Invoice Sent in October 2006

| Bulk/Flow Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0014633044 | JOUBERT, E | 254779 | 06/30/2006 | 445,000 | 76 | 09/14/2006 | 8,277.00 | 83.3% | 6,897.50 | - | 6,897.50 | 858422373 |
| B 1 | 0014460497 | AMADORE, K | 250264 | 06/19/2006 | 88,000 | 81 | 09/08/2006 | 2,459.60 | 83.3% | 2,049.67 | - | 2,049.67 | 858420396 |
| B 1 | 0014301683 | SALAAM, R | 247460 | 05/31/2006 | 525,000 | 104 | 09/12/2006 | 12,237.75 | 75.0% | 9,178.31 | - | 778.31 | 858421408 |
| B 1 | 0013660808 | MACLEAN, J | 242398 | 04/13/2006 | 400,000 | 159 | 09/19/2006 | 9,992.00 | 58.3% | 5,828.67 | 8,400.00 | 5,828.67 | 858424370 |
| B 1 | 0013660089 | GRUBER, W | 237249 | 04/13/2006 | 130,900 | 169 | 09/29/2006 | 3,269.88 | 58.3% | 1,907.43 | - | 1,907.43 | 858424370 |
| B 1 | 0013556543 | ANDREWS, J | 236714 | 03/31/2006 | 290,000 | 173 | 09/20/2006 | 7,023.80 | 58.3% | 4,097.22 | - | 4,097.22 | 858423184 |
| B 1 | 0013327382 | WOFFORD, C | 225099 | 03/17/2006 | 127,400 | 174 | 09/07/2006 | 3,548.09 | 58.3% | 2,069.72 | 2,032.61 | 37.11 | 858426353 |
| B 1 | 0013327317 | VANDEUSEN, J | 232395 | 03/17/2006 | 80,560 | 186 | 09/19/2006 | 2,243.60 | 50.0% | 1,121.80 | - | 1,121.80 | 858424589 |
| B 1 | 0013158258 | WOODWORTH, A | 231777 | 02/28/2006 | 224,000 | 189 | 09/05/2006 | 1,281.28 | 50.0% | 640.64 | - | 640.64 | 858424589 |
| B 1 | 0012999371 | BROWNE, R | 230851 | 02/21/2006 | 82,400 | 198 | 09/07/2006 | 2,579.94 | 50.0% | 1,289.97 | - | 1,289.97 | 858423097 |
| B 1 | 0012999975 | SHENZULI, K | 224746 | 02/21/2006 | 390,000 | 210 | 09/19/2006 | 11,052.60 | 50.0% | 5,526.30 | - | 5,526.30 | 858423097 |
| B 1 | 0012580106 | STAMATOVICH, | 220317 | 01/24/2006 | 467,000 | 238 | 09/19/2006 | 13,500.97 | 41.7% | 5,625.40 | - | 5,625.40 | 858428103 |
| B 1 | 0012580213 | THOMAS, T | 225015 | 01/24/2006 | 380,000 | 239 | 09/20/2006 | 10,985.80 | 41.7% | 4,577.42 | - | 4,577.42 | 858428103 |
| B 1 | 0012350385 | CHACARA, D | 214039 | 01/04/2006 | 244,000 | 240 | 09/12/2006 | 5,941.40 | 41.7% | 2,475.58 | - | 2,475.58 | 858425275 |
| B 1 | 0012354023 | COOPER, G | 218181 | 01/04/2006 | 133,000 | 244 | 09/05/2006 | 2,906.05 | 33.3% | 968.68 | - | 968.68 | 858425275 |
| B 1 | 0012352803 | SPARKS, M | 211558 | 01/04/2006 | 180,000 | 246 | 09/07/2006 | 4,383.00 | 33.3% | 1,461.00 | - | 1,461.00 | 858425275 |
| B 1 | 0012351417 | HICCOX, A | 217409 | 01/04/2006 | 132,050 | 258 | 09/19/2006 | 3,215.42 | 33.3% | 1,071.81 | - | 1,071.81 | 858425275 |
| B 1 | 0012349999 | BAAR, B | 218757 | 01/04/2006 | 95,200 | 260 | 09/21/2006 | 2,318.12 | 33.3% | 772.71 | 755.24 | 17.47 | 858425275 |
| B 1 | 0012089512 | LAZARSKI, M | 212626 | 11/30/2005 | 50,000 | 281 | 09/07/2006 | 962.50 | 25.0% | 240.63 | - | 240.63 | 858420271 |
| B 1 | 0012089041 | BROWN, M | 217478 | 11/30/2005 | 111,200 | 292 | 09/18/2006 | 2,140.60 | 25.0% | 535.15 | - | 535.15 | 858420271 |
| B 1 | 0011973260 | KENT ALLEN, D | 206613 | 11/23/2005 | 123,300 | 308 | 09/27/2006 | 2,501.76 | 16.7% | 416.96 | - | 416.96 | 858424100 |
| B 1 | 0011677630 | WILLIAM ROHRE | 204956 | 10/25/2005 | 133,200 | 315 | 09/05/2006 | 2,991.67 | 16.7% | 498.61 | - | 498.61 | 858427297 |
| B 2 | 0011794047 | OVERLAND, A | 211196 | 10/31/2005 | 138,400 | 324 | 09/20/2006 | 3,162.44 | 16.7% | 527.07 | - | 527.07 | 858420257 |
| B 1 | 0011794054 | OVERLAND, A | 211769 | 10/31/2005 | 34,600 | 324 | 09/30/2006 | 115.22 | 16.7% | 19.20 | - | 19.20 | 858427297 |
| B 1 | 0011670858 | INGRAM, J | 200942 | 10/25/2005 | 94,454 | 330 | 09/20/2006 | 2,219.68 | 16.7% | 369.95 | - | 369.95 | 858420057 |
| B 1 | 0011676640 | GRIGGS, J | 207839 | 10/25/2005 | 99,750 | 336 | 09/26/2006 | 2,240.39 | 8.3% | 186.70 | - | 186.70 | 858427297 |
| B 1 | 0011677721 | SANCHEZ, J | 198446 | 10/25/2005 | 144,500 | 337 | 09/27/2006 | 3,245.47 | 8.3% | 270.46 | - | 270.46 | 858427297 |
| B 1 | 0011674579 | HUVEN, T | 205138 | 10/25/2005 | 140,800 | 340 | 09/30/2006 | 3,162.37 | 8.3% | 263.53 | - | 263.53 | 858427297 |
| B 1 | 0011466067 | MAYE, D | 176303 | 09/30/2005 | 208,500 | 341 | 09/06/2006 | 6,161.18 | 8.3% | 513.43 | - | 513.43 | 858421067 |
| B 1 | 0011352515 | HUNTE, J | 195724 | 09/28/2005 | 290,000 | 343 | 09/06/2006 | 5,910.20 | 8.3% | 492.52 | - | 492.52 | 858421113 |
| B 1 | 0011351038 | BELL, L | 194746 | 09/28/2005 | 559,900 | 343 | 09/06/2006 | 20,716.30 | 8.3% | 1,726.36 | - | 1,726.36 | 858421113 |
| B 1 | 0011351764 | AGYEKUM, K | 203043 | 09/28/2005 | 32,600 | 345 | 09/08/2006 | 391.20 | 8.3% | 32.60 | - | 32.60 | 858421113 |

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
GREVECOR MORTGAGE, INC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B1 | 001351756 | AGYEKUM, K | 195977 | 09/28/2005 | 130,400 | 345 | 09/08/2006 | 3,586.00 | 8.3% | 298.83 | - | 298.83 | 8584211163 |
| B1 | 001465507 | JEAN ESTES, B | 206064 | 09/30/2005 | 157,500 | 348 | 09/13/2006 | 4,725.00 | 8.3% | 393.75 | - | 393.75 | 8584210637 |
| B1 | 001348752 | TSCHETTER, N | 187647 | 09/28/2005 | 52,000 | 349 | 09/12/2006 | 1,733.68 | 8.3% | 144.47 | - | 144.47 | 858422970C |
| B1 | 001348836 | WEWER, D | 192536 | 09/28/2005 | 340,000 | 358 | 09/21/2006 | 11,335.60 | 8.3% | 944.63 | - | 944.63 | 858422970C |
| B1 | 001353406 | TYSON JR, J | 199075 | 09/28/2005 | 137,700 | 362 | 09/25/2006 | 4,216.37 | 8.3% | 351.36 | - | 351.36 | 858421116: |

Invoice Total  $54,598.19

Invoice Sent in May 2006

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0012999108 | SCOTT SOEHREN | 222473 | 02/21/2006 | 579,609 | 63 | 04/25/2006 | 16,426.11 | 83.3% | 13,688.43 | - | 13,688.43 | 858423097 |
| B | 1 | 0012355863 | REEDER, K | 215750 | 01/04/2006 | 436,500 | 89 | 04/03/2006 | 9,537.53 | 83.3% | 7,947.94 | - | 7,947.94 | 858425275 |
| B | 1 | 0012352688 | SHEAHAN, T | 220903 | 01/04/2006 | 100,000 | 98 | 04/12/2006 | 2,435.00 | 75.0% | 1,826.25 | - | 1,027.35 | 858425275 |
| B | 1 | 0012352860 | STICH, M | 211913 | 01/04/2006 | 337,500 | 104 | 04/18/2006 | 8,218.13 | 75.0% | 6,163.60 | - | 6,163.60 | 858425275 |
| B | 1 | 0012356622 | WALLA, B | 207461 | 01/04/2006 | 338,300 | 107 | 04/21/2006 | 7,391.86 | 75.0% | 5,543.90 | 798.90 | 5,543.90 | 858425275 |
| B | 1 | 0012089116 | CHANG, T | 212259 | 11/30/2005 | 262,900 | 139 | 04/18/2006 | 5,060.82 | 66.7% | 3,373.88 | - | 3,373.88 | 858420271 |
| B | 1 | 0011794807 | YORK, L | 206975 | 10/31/2005 | 180,000 | 155 | 04/04/2006 | 4,113.00 | 58.3% | 2,399.25 | - | 2,399.25 | 858420252 |
| B | 2 | 0011794815 | RICHARD YORK, | 208026 | 10/31/2005 | 45,000 | 155 | 04/04/2006 | 149.85 | 58.3% | 87.41 | - | 87.41 | 858420252 |
| B | 1 | 0011676145 | CASEY, L | 208435 | 10/25/2005 | 109,000 | 168 | 04/11/2006 | 2,448.14 | 58.3% | 1,428.08 | - | 1,428.08 | 858427295 |
| B | 1 | 0011675873 | BEJTA, M | 207024 | 10/25/2005 | 264,700 | 175 | 04/18/2006 | 5,945.16 | 58.3% | 3,468.01 | - | 3,468.01 | 858427295 |
| B | 1 | 0011675840 | BEEBE, D | 207757 | 10/25/2005 | 161,894 | 182 | 04/25/2006 | 3,143.98 | 50.0% | 1,571.99 | - | 1,571.99 | 858427295 |
| B | 1 | 0011349933 | TODD SLOCUM, | 201438 | 09/28/2005 | 282,000 | 190 | 04/06/2006 | 7,050.00 | 50.0% | 3,525.00 | - | 3,525.00 | 858422970 |
| B | 1 | 0011349817 | GUERRERO, R | 198340 | 09/28/2005 | 167,000 | 194 | 04/10/2006 | 5,567.78 | 50.0% | 2,783.89 | - | 2,783.89 | 858422970 |
| B | 2 | 0011464575 | LEGIE, E | 206691 | 09/30/2005 | 22,400 | 196 | 04/14/2006 | 840.00 | 50.0% | 420.00 | - | 420.00 | 858421065 |
| B | 1 | 0011463197 | ANGUIANO, A | 194632 | 09/30/2005 | 395,000 | 211 | 04/29/2006 | 7,900.00 | 50.0% | 3,950.00 | - | 3,950.00 | 858427495 |
| B | 1 | 0011196342 | TANNER, M | 193137 | 08/31/2005 | 207,200 | 238 | 04/26/2006 | 6,754.72 | 41.7% | 2,814.47 | - | 2,814.47 | 858424030 |
| B | 1 | 0011064029 | AYALA, A | 173564 | 08/24/2005 | 252,900 | 245 | 04/26/2006 | 8,960.25 | 33.3% | 2,986.75 | 2,196.26 | 790.49 | 858429955 |
| B | 1 | 0011066099 | MOORE, C | 195773 | 08/24/2005 | 133,900 | 248 | 04/29/2006 | 4,268.73 | 33.3% | 1,422.91 | - | 1,422.91 | 858429955 |
| B | 1 | 0010767911 | OLSON, B | 182613 | 07/22/2005 | 214,000 | 271 | 04/19/2006 | 5,350.00 | 33.3% | 1,783.33 | - | 1,783.33 | 858420021 |
| B | 1 | 0010936037 | WILLIAMS, P | 164246 | 07/29/2005 | 80,000 | 272 | 04/27/2006 | 3,056.00 | 33.3% | 1,018.67 | - | 1,018.67 | 858429605 |
| B | 1 | 0010622405 | SPAULDING, B | 173828 | 06/28/2005 | 172,000 | 283 | 04/07/2006 | 7,031.36 | 25.0% | 1,757.84 | 1,367.93 | 389.91 | 858427495 |
| B | 1 | 0010622660 | WILLIAMS, J | 177045 | 06/28/2005 | 155,000 | 287 | 04/11/2006 | 5,812.50 | 25.0% | 1,453.13 | 1,240.00 | 213.13 | 858427585 |
| B | 1 | 0010621001 | DAEHN, J | 173444 | 06/28/2005 | 120,000 | 287 | 04/11/2006 | 4,500.00 | 25.0% | 1,125.00 | - | 1,125.00 | 858427585 |
| B | 1 | 0010621803 | LOGSDON, J | 182104 | 06/28/2005 | 150,000 | 294 | 04/18/2006 | 3,832.50 | 25.0% | 958.13 | - | 958.13 | 858427585 |
| B | 1 | 0010568947 | SMALDONE, C | 170105 | 06/22/2005 | 125,000 | 295 | 04/13/2006 | 4,968.75 | 25.0% | 1,242.19 | - | 1,242.19 | 858422658 |
| B | 1 | 0010566982 | FLOR, R | 177476 | 06/22/2005 | 130,000 | 308 | 04/26/2006 | 5,167.50 | 16.7% | 861.25 | - | 861.25 | 858422658 |
| B | 1 | 0010483865 | GRAVES, T | 166569 | 05/31/2005 | 62,900 | 317 | 04/13/2006 | 2,503.42 | 16.7% | 417.24 | - | 417.24 | 858422063 |
| B | 1 | 0010369965 | HIDALGO, P | 171116 | 05/16/2005 | 358,150 | 323 | 04/04/2006 | 12,893.40 | 16.7% | 2,148.90 | - | 2,148.90 | 858422602 |
| B | 1 | 0010403491 | JACKSON, D | 172248 | 05/25/2005 | 184,950 | 330 | 04/20/2006 | 6,242.06 | 16.7% | 1,040.34 | - | 1,040.34 | 858422040 |
| B | 1 | 0010370625 | PAULDO, J | 166208 | 05/16/2005 | 212,400 | 331 | 04/12/2006 | 7,115.40 | 16.7% | 1,185.90 | - | 1,185.90 | 858422602 |
| B | 1 | 0010369445 | BRULE, R | 169186 | 05/16/2005 | 156,500 | 348 | 04/29/2006 | 5,086.25 | 8.3% | 423.85 | - | 423.85 | 858422602 |
| B | 1 | 001D327617 | ESTES, J | 158509 | 04/29/2005 | 79,950 | 355 | 04/19/2006 | 2,446.47 | 8.3% | 203.87 | - | 203.87 | 858422832 |