

| B 1 | 0010328441 | PHILLIPS, D | 149198 | 04/29/2005 | 84,000 | 364 | 04/28/2006 | 2,570.40 | 8.3% | 214.20 | - | 214.20 | 858428323I |

HSBC Mortgage Services
Early Loan PayOff - Premium Recapture
GREVECO R MORTGAGE INC

Invoice Total $75,632.51

Invoice Sent in April 2006

HSBC Mortgage Services
CREVECOR MORTGAGE, INC
Early Loan Payoff Premium Recapture

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | 0013159074 | SANTOS, R | 225093 | 02/28/2006 | 78,009 | 27 | 03/27/2006 | 2,067.78 | 100.0% | 2,067.78 | - | 2,067.78 | 858424589 |
| B | 2 | 0012580494 | BOEDEKER, P | 218469 | 01/24/2006 | 42,500 | 52 | 03/17/2006 | 161.50 | 91.7% | 148.04 | - | 148.04 | 858428103 |
| B | 1 | 0012351615 | LABARDA, C | 149540 | 01/04/2006 | 220,000 | 71 | 03/16/2006 | 4,807.00 | 83.3% | 4,005.83 | - | 4,005.83 | 858425275 |
| B | 1 | 0012354643 | HARMON HEARN, | 218727 | 01/04/2006 | 182,750 | 71 | 03/16/2006 | 3,993.09 | 83.3% | 3,327.58 | - | 3,327.58 | 858425275 |
| B | 1 | 0012353579 | BOEDEKER, P | 212212 | 01/04/2006 | 153,000 | 72 | 03/17/2006 | 3,343.05 | 83.3% | 2,785.88 | - | 2,785.88 | 858425275 |
| B | 1 | 0011974987 | PATTERSON, D | 214892 | 11/23/2005 | 104,000 | 106 | 03/09/2006 | 2,110.16 | 75.0% | 1,582.62 | - | 1,582.62 | 858424100 |
| B | 1 | 0011974706 | MARTINEZ, C | 202031 | 11/23/2005 | 151,926 | 127 | 03/30/2006 | 3,082.58 | 66.7% | 2,055.05 | - | 2,055.05 | 858424100 |
| B | 1 | 0011676129 | CARTER, J | 206734 | 10/25/2005 | 107,100 | 136 | 03/10/2006 | 2,405.47 | 66.7% | 1,603.65 | - | 1,603.65 | 858427297 |
| B | 2 | 0011792280 | AWAD, G | 204515 | 10/31/2005 | 134,940 | 147 | 03/27/2006 | 449.35 | 66.7% | 299.57 | - | 299.57 | 858420252 |
| B | 1 | 0011348448 | KALIA, K | 197190 | 09/28/2005 | 126,800 | 154 | 03/01/2006 | 4,227.51 | 58.3% | 2,466.05 | 1,263.80 | 1,202.25 | 858422970 |
| B | 1 | 0011353448 | WARDLOW, J | 200370 | 09/28/2005 | 169,900 | 155 | 03/02/2006 | 3,462.56 | 58.3% | 2,019.83 | - | 2,019.83 | 858421116 |
| B | 1 | 0011463908 | ALVAREZ, M | 201922 | 09/30/2005 | 84,050 | 158 | 03/07/2006 | 2,941.75 | 58.3% | 1,716.02 | 670.55 | 1,045.47 | 858427491 |
| B | 2 | 0011465556 | FLORES, M | 203307 | 09/30/2005 | 39,050 | 172 | 03/21/2006 | 292.88 | 58.3% | 170.85 | - | 170.85 | 858421063 |
| B | 1 | 0011466026 | LOVE, G | 198770 | 09/30/2005 | 64,800 | 174 | 03/23/2006 | 1,944.00 | 58.3% | 1,134.00 | 514.65 | 619.35 | 858421063 |
| B | 1 | 0011348323 | GOOD, A | 200469 | 09/28/2005 | 72,000 | 174 | 03/21/2006 | 1,800.00 | 58.3% | 1,050.00 | - | 1,050.00 | 858422970 |
| B | 1 | 0011465549 | FLORES, M | 202761 | 09/30/2005 | 156,250 | 174 | 03/23/2006 | 4,609.38 | 58.3% | 2,688.81 | - | 2,688.81 | 858421063 |
| B | 1 | 0011463320 | HESTER, J | 201511 | 09/30/2005 | 72,000 | 180 | 03/29/2006 | 2,520.00 | 58.3% | 1,470.00 | - | 1,470.00 | 858427491 |
| B | 1 | 0011351376 | MARTIN, S | 191562 | 09/28/2005 | 80,900 | 183 | 03/30/2006 | 2,477.16 | 58.3% | 1,238.58 | - | 1,238.58 | 858421116 |
| B | 2 | 0011352531 | INGRAVALLE, J | 200662 | 09/28/2005 | 38,500 | 183 | 03/30/2006 | 178.25 | 50.0% | 89.13 | - | 89.13 | 858421116 |
| B | 1 | 0011064490 | CICERELLA, C | 174012 | 08/24/2005 | 81,863 | 198 | 03/10/2006 | 2,609.78 | 50.0% | 1,304.89 | 652.52 | 652.37 | 858422954 |
| B | 1 | 0011065539 | JONES, J | 188798 | 08/24/2005 | 498,750 | 204 | 03/16/2006 | 12,393.94 | 50.0% | 6,196.97 | - | 6,196.97 | 858422954 |
| B | 1 | 0011065562 | JULIANO, M | 191416 | 08/24/2005 | 237,500 | 208 | 03/20/2006 | 7,571.50 | 50.0% | 3,785.75 | - | 3,785.75 | 858422954 |
| B | 1 | 0011065000 | GARRETT, J | 194415 | 08/24/2005 | 205,000 | 208 | 03/20/2006 | 6,535.40 | 50.0% | 3,267.70 | - | 3,267.70 | 858422954 |
| B | 1 | 0011065984 | MCCORMICK, L | 194573 | 08/24/2005 | 115,000 | 215 | 03/27/2006 | 3,024.50 | 41.7% | 1,260.21 | - | 1,260.21 | 858422954 |
| B | 1 | 0010935831 | SALZWEDEL, J | 188764 | 07/29/2005 | 163,800 | 216 | 03/22/2006 | 2,014.74 | 41.7% | 839.48 | - | 839.48 | 858422602 |
| B | 1 | 0010766319 | FISHER, J | 185746 | 07/22/2005 | 124,800 | 227 | 03/06/2006 | 4,532.74 | 41.7% | 1,888.64 | - | 1,888.64 | 858420025 |
| B | 1 | 0010935062 | ARTHUR, P | 186908 | 07/29/2005 | 95,000 | 229 | 03/15/2006 | 3,629.00 | 41.7% | 1,512.08 | 757.02 | 755.06 | 858429602 |
| B | 1 | 0010767846 | NICKOL, C | 187455 | 07/22/2005 | 76,100 | 229 | 03/08/2006 | 3,044.00 | 41.7% | 1,268.33 | - | 1,268.33 | 858420025 |
| B | 1 | 0010935104 | BAXTER, K | 186730 | 07/29/2005 | 225,000 | 242 | 03/28/2006 | 8,100.00 | 41.7% | 3,375.00 | - | 3,375.00 | 858429602 |
| B | 1 | 0010695245 | CUNNINGHAM, R | 177351 | 06/30/2005 | 17,250 | 245 | 03/02/2006 | 517.50 | 33.3% | 172.50 | - | 172.50 | 858426780 |
| B | 1 | 0010695880 | ARNOLD, J | 184483 | 06/30/2005 | 303,000 | 245 | 03/02/2006 | 13,180.50 | 33.3% | 4,393.50 | 3,018.07 | 1,375.43 | 858426780 |
| B | 1 | 0010695237 | CUNNINGHAM, R | 171111 | 06/30/2005 | 115,000 | 245 | 03/02/2006 | 6,900.00 | 33.3% | 2,300.00 | - | 2,300.00 | 858426780 |

HSBC Mortgage Services
Early Loan Payoff - Premium Recapture
CREVECORMORIGAGEINC

| | Loan # | Borrower | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B1 | 0010767267 | LEWIS, V | 188085 | 07/22/2005 | 475,000 | 251 | 03/30/2006 | 14,250.00 | 33.3% | 4,750.00 | - | 858420028 |
| B1 | 0010622496 | THRIFT, N | 170758 | 06/28/2005 | 242,000 | 260 | 03/15/2006 | 9,892.96 | 33.3% | 3,297.65 | - | 858425833 |
| B1 | 0010621944 | MOERCH, J | 163767 | 06/28/2005 | 108,000 | 268 | 03/23/2006 | 4,050.00 | 33.3% | 1,350.00 | 857.88 | 858425833 |
| B1 | 0010565984 | ARCHULETA, F | 174624 | 06/22/2005 | 139,500 | 268 | 03/17/2006 | 4,045.50 | 33.3% | 1,348.50 | - | 858426588 |
| B1 | 0010622322 | SCARBOROUGH, | 175268 | 06/28/2005 | 99,000 | 273 | 03/28/2006 | 4,047.12 | 25.0% | 1,011.78 | - | 858425833 |
| B1 | 0010483568 | EUGENE DEVAUX | 158923 | 05/31/2005 | 190,000 | 275 | 03/02/2006 | 7,562.00 | 25.0% | 1,890.50 | - | 858420632 |
| B1 | 0010482255 | BARTON, T | 176057 | 05/31/2005 | 180,000 | 280 | 03/07/2006 | 7,164.00 | 25.0% | 1,791.00 | - | 858420632 |
| B1 | 0010483931 | HARRIS, J | 164936 | 05/31/2005 | 385,000 | 280 | 03/07/2006 | 15,207.50 | 25.0% | 3,801.88 | - | 858420632 |
| B1 | 0010404069 | SANDERS SR, M | 170140 | 05/25/2005 | 90,000 | 285 | 03/06/2006 | 3,037.50 | 25.0% | 759.38 | 42.59 | 858420402 |
| B1 | 0010485118 | WELTY, L | 173763 | 05/31/2005 | 188,000 | 290 | 03/17/2006 | 5,922.00 | 25.0% | 1,480.50 | 716.79 | 858420632 |
| B1 | 0010404234 | STREJC, J | 172491 | 05/25/2005 | 325,000 | 295 | 03/16/2006 | 16,250.00 | 25.0% | 4,062.50 | - | 858420402 |
| B2 | 0010404242 | STREJC, J | 173690 | 05/25/2005 | 32,400 | 295 | 03/16/2006 | 525.85 | 25.0% | 131.46 | - | 858420402 |
| B1 | 0010269536 | CIMATO, D | 170001 | 05/16/2005 | 110,000 | 297 | 03/09/2006 | 3,960.00 | 25.0% | 990.00 | - | 858426025 |
| B1 | 0010370336 | MANLOVE, W | 159595 | 05/16/2005 | 90,000 | 304 | 03/16/2006 | 2,925.00 | 16.7% | 487.50 | - | 858426025 |
| B1 | 0010327450 | COGAR, E | 159332 | 04/29/2005 | 50,350 | 312 | 03/07/2006 | 1,540.71 | 16.7% | 256.79 | - | 858428323 |
| B1 | 0010329365 | ADAMS, W | 159985 | 04/29/2005 | 141,050 | 319 | 03/14/2006 | 5,289.38 | 16.7% | 881.56 | - | 858428323 |
| B1 | 0010206340 | RIVERA, M | 160320 | 04/19/2005 | 131,000 | 321 | 03/06/2006 | 3,687.65 | 16.7% | 614.61 | - | 858429052 |
| B1 | 0010240497 | HAUSE, L | 162971 | 04/21/2005 | 139,000 | 329 | 03/16/2006 | 3,989.30 | 16.7% | 664.88 | - | 858422644 |
| B1 | 0010240729 | ROLLINS, P | 162912 | 04/21/2005 | 309,000 | 333 | 03/20/2006 | 9,486.30 | 16.7% | 1,581.05 | - | 858422644 |
| B1 | 0010328862 | STONE, K ' | 157523 | 04/29/2005 | 178,500 | 336 | 03/31/2006 | 5,622.75 | 8.3% | 468.56 | - | 858428323 |
| B1 | 0010205706 | FERGUSON, R | 152955 | 04/19/2005 | 356,250 | 338 | 03/23/2006 | 4,631.25 | 8.3% | 385.94 | - | 858429052 |
| B1 | 0010241123 | CHRISTY, T | 165134 | 04/21/2005 | 185,000 | 342 | 03/29/2006 | 5,679.50 | 8.3% | 473.29 | - | 858422644 |
| B1 | 0010166637 | CARROLL, A | 153449 | 03/31/2005 | 204,550 | 344 | 03/10/2006 | 5,318.30 | 8.3% | 443.19 | - | 858427272 |
| B1 | 0010076438 | WALTERS JR, R | 149026 | 03/25/2005 | 91,800 | 347 | 03/07/2006 | 1,578.96 | 8.3% | 131.58 | - | 858428344 |
| B1 | 0010148864 | PITCOCK, K | 154127 | 03/31/2005 | 129,000 | 355 | 03/21/2006 | 2,463.90 | 8.3% | 205.33 | - | 858427272 |
| B1 | 0010148914 | QUARTA, K | 145483 | 03/31/2005 | 209,000 | 362 | 03/28/2006 | 5,434.00 | 8.3% | 452.83 | - | 858427272 |
| B1 | 0010150217 | SCHULTZ, M | 138385 | 03/31/2005 | 240,000 | 364 | 03/30/2006 | 7,800.00 | 8.3% | 650.00 | - | 858427272 |

Invoice Total $89,395.30

Invoice Sent in March 2006

| Bull/Flow Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0012355574 | NEMAN, S | 218190 | 01/04/2006 | 158,851 | 34 | 02/07/2006 | 3,470.89 | 91.7% | 3,181.65 | - | 3,181.65 | 858425275 |
| B 1 | 0012356481 | TEAGUE, L | 212821 | 01/04/2006 | 260,000 | 54 | 02/27/2006 | 5,681.00 | 91.7% | 5,207.58 | - | 5,207.58 | 858425275 |
| B 1 | 0011793155 | HELGUERO, A | 201980 | 10/31/2005 | 315,200 | 101 | 02/09/2006 | 7,202.32 | 75.0% | 5,401.74 | 5,028.94 | 372.80 | 858420252 |
| B 1 | 0011677069 | LONGSTRETH, K | 202458 | 10/25/2005 | 150,000 | 126 | 02/28/2006 | 3,369.00 | 66.7% | 2,246.00 | - | 2,246.00 | 858427297 |
| B 1 | 0011352721 | MILTER, E | 200539 | 09/28/2005 | 220,000 | 128 | 02/03/2006 | 4,483.60 | 66.7% | 2,989.07 | - | 2,989.07 | 858421116 |
| B 1 | 0011348687 | SANCHEZ, G | 200268 | 09/28/2005 | 138,900 | 132 | 02/07/2006 | 4,630.93 | 66.7% | 3,087.29 | - | 3,087.29 | 858422970 |
| B 1 | 0011352259 | DONKERS, G | 204289 | 09/28/2005 | 103,500 | 139 | 02/14/2006 | 2,794.50 | 66.7% | 1,863.00 | 1,031.58 | 831.42 | 858421116 |
| B 1 | 0011348695 | SHELLMAN, M | 201620 | 09/28/2005 | 216,000 | 142 | 02/17/2006 | 5,400.00 | 66.7% | 3,600.00 | - | 3,600.00 | 858422970 |
| B 2 | 0011352838 | OLIVER, C | 200496 | 09/28/2005 | 46,981 | 153 | 02/28/2006 | 563.77 | 58.3% | 328.87 | - | 328.87 | 858421116 |
| B 1 | 0011195351 | HALE CLARK, J | 186980 | 08/31/2005 | 361,000 | 154 | 02/01/2006 | 12,923.80 | 58.3% | 7,538.88 | - | 7,538.88 | 858424036 |
| B 1 | 0011064896 | FEATHERSTONE, | 191205 | 08/24/2005 | 346,750 | 174 | 02/14/2006 | 11,054.39 | 58.3% | 6,448.39 | - | 6,448.39 | 858429954 |
| B 1 | 0011066495 | RUSSELL, W | 186248 | 08/24/2005 | 58,500 | 184 | 02/24/2006 | 3,510.00 | 50.0% | 1,755.00 | - | 1,755.00 | 858429954 |
| B 1 | 0010936839 | LEISGANG, L | 187008 | 07/29/2005 | 145,300 | 187 | 02/01/2006 | 5,594.05 | 50.0% | 2,797.03 | - | 2,797.03 | 858429606 |
| B 1 | 0010927002 | SMALLING, T | 181199 | 07/29/2005 | 76,450 | 195 | 02/09/2006 | 2,484.63 | 50.0% | 1,242.32 | - | 1,242.32 | 858425130 |
| B 1 | 0010926798 | LUCY, D | 193096 | 07/29/2005 | 265,000 | 208 | 02/22/2006 | 8,480.00 | 50.0% | 4,240.00 | 4,224.81 | 15.19 | 858425130 |
| B 1 | 0010622066 | OLSON, L | 177361 | 06/28/2005 | 177,000 | 218 | 02/01/2006 | 7,235.76 | 41.7% | 3,014.90 | - | 3,014.90 | 858425833 |
| B 1 | 0010621274 | FUNDERBURK, C | 169383 | 06/28/2005 | 159,000 | 225 | 02/08/2006 | 5,962.50 | 41.7% | 2,484.38 | - | 2,484.38 | 858425833 |
| B 1 | 0010566404 | BROWN JR, D | 179735 | 06/22/2005 | 262,000 | 230 | 02/07/2006 | 10,414.50 | 41.7% | 4,339.38 | 4,171.19 | 168.19 | 858426588 |
| B 1 | 0010621365 | GOODING, K | 180066 | 06/28/2005 | 190,000 | 244 | 02/27/2006 | 7,125.00 | 41.7% | 2,968.75 | - | 2,968.75 | 858425833 |
| B 1 | 0010484772 | RUSSELL, P | 170676 | 05/31/2005 | 335,000 | 246 | 02/01/2006 | 12,009.75 | 33.3% | 4,003.25 | - | 4,003.25 | 858420632 |
| B 1 | 0010483147 | ALEXANDER, T | 169500 | 05/31/2005 | 122,000 | 252 | 02/07/2006 | 4,855.60 | 33.3% | 1,618.53 | - | 1,618.53 | 858420632 |
| B 1 | 0010402873 | BRISENO IV, P | 167838 | 05/25/2005 | 50,000 | 267 | 02/16/2006 | 1,687.50 | 33.3% | 562.50 | - | 562.50 | 858420402 |
| B 1 | 0010482685 | MILLER-MCLAUG | 168917 | 05/31/2005 | 228,000 | 268 | 02/23/2006 | 8,173.80 | 33.3% | 2,724.60 | - | 2,724.60 | 858420632 |
| B 1 | 0010370286 | LINDSTROM, M | 156890 | 05/16/2005 | 304,000 | 274 | 02/14/2006 | 9,880.00 | 33.3% | 3,293.33 | - | 3,293.33 | 858426025 |
| B 1 | 0010403210 | FOUTS, D | 164495 | 05/25/2005 | 139,000 | 275 | 02/24/2006 | 4,809.40 | 33.3% | 1,603.13 | - | 1,603.13 | 858420402 |
| B 1 | 0010370203 | LARSEN, D | 169605 | 05/16/2005 | 100,000 | 282 | 02/22/2006 | 3,250.00 | 25.0% | 812.50 | - | 812.50 | 858426025 |
| B 1 | 0010329357 | VANSTRATEN, D | 161233 | 04/29/2005 | 232,000 | 283 | 02/06/2006 | 8,700.00 | 25.0% | 2,175.00 | - | 2,175.00 | 858428323 |
| B 1 | 0010206126 | MERKLE, J | 158798 | 04/19/2005 | 61,000 | 295 | 02/08/2006 | 1,717.15 | 25.0% | 429.29 | - | 429.29 | 858429052 |
| B 1 | 0010205359 | BORJA, P | 162770 | 04/19/2005 | 207,900 | 300 | 02/13/2006 | 3,627.86 | 25.0% | 906.97 | - | 906.97 | 858429052 |
| B 1 | 0010241727 | KOBOS, K | 163927 | 04/21/2005 | 164,700 | 300 | 02/15/2006 | 7,625.61 | 25.0% | 1,906.40 | - | 1,906.40 | 858422644 |
| B 2 | 0010205342 | BORJA, P | 163132 | 04/19/2005 | 57,750 | 300 | 02/13/2006 | 1,876.88 | 25.0% | 469.22 | - | 469.22 | 858429052 |
| B 1 | 0010329225 | WINSLOW, P | 162072 | 04/29/2005 | 139,100 | 300 | 02/23/2006 | 4,256.46 | 25.0% | 1,064.12 | - | 1,064.12 | 858428323 |

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
GREVECOR MORTGAGE INC

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 001032757 | GREENWALD, M | 164707 | 04/29/2005 | 155,000 | 305 | 02/28/2006 | 4,743.00 | 25.0% | 1,185.75 | 858428323 |
| B 1 | 001050142 | ODISHO, M | 152333 | 03/31/2005 | 342,000 | 307 | 02/01/2006 | 11,115.00 | 16.7% | 1,852.50 | 858427272 |
| B 1 | 001045183 | BECK, J | 156375 | 03/31/2005 | 300,200 | 315 | 02/09/2006 | 10,167.77 | 16.7% | 1,694.63 | 858427272 |
| B 1 | 001075455 | LEWIS, W | 145425 | 03/25/2005 | 149,000 | 315 | 02/03/2006 | 5,095.80 | 16.7% | 849.30 | 858428344 |
| B 1 | 000941543 | CHA, M | 130704 | 02/28/2005 | 80,247 | 352 | 02/15/2006 | 2,842.36 | 8.3% | 236.86 | 858422482 |

Invoice Total $77,665.59

Invoice Sent in February 2006

| Bulk/Flow Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0012352456 | RAINEY, L | 215720 | 01/04/2006 | 124,000 | 27 | 01/31/2006 | 3,019.40 | 100.0% | 3,019.40 | 1,984.00 | 1,035.40 | 858425275 |
| B 1 | 0011793916 | NAVEED, F | 204604 | 10/31/2005 | 190,750 | 72 | 01/11/2006 | 4,358.64 | 83.3% | 3,632.20 | - | 3,632.20 | 858420252 |
| B 1 | 0011676509 | FRANKLIN JR, | 208764 | 10/25/2005 | 135,000 | 72 | 01/05/2006 | 3,032.10 | 83.3% | 2,526.75 | 1,080.00 | 1,446.75 | 858427297 |
| B 2 | 0011464328 | CHAPMAN, L | 198355 | 09/30/2005 | 29,000 | 97 | 01/05/2006 | 1,087.50 | 75.0% | 815.63 | - | 815.63 | 858421063 |
| B 1 | 0011463536 | BERRY, J | 192641 | 09/30/2005 | 220,400 | 108 | 01/16/2006 | 6,061.00 | 75.0% | 4,545.75 | - | 4,545.75 | 858427491 |
| B 1 | 0011465499 | EDWARDS, J | 205884 | 09/30/2005 | 285,000 | 123 | 01/31/2006 | 6,982.50 | 66.7% | 4,655.00 | - | 4,655.00 | 858421063 |
| B 2 | 0011067246 | WILSON, J | 180164 | 08/24/2005 | 35,000 | 138 | 01/09/2006 | 1,032.50 | 66.7% | 688.33 | - | 688.33 | 858429954 |
| B 1 | 0011067212 | WILLIAMS, S | 185964 | 08/24/2005 | 133,100 | 148 | 01/19/2006 | 4,243.23 | 66.7% | 2,828.82 | - | 2,828.82 | 858429954 |
| B 1 | 0010766202 | EVANS, B | 181319 | 07/22/2005 | 87,400 | 166 | 01/04/2006 | 3,174.37 | 58.3% | 1,851.72 | 521.93 | 1,329.79 | 858420028 |
| B 1 | 0010935088 | SAMPONE, A | 183872 | 07/29/2005 | 108,300 | 180 | 01/25/2006 | 4,137.06 | 58.3% | 2,413.29 | - | 2,413.29 | 858429606 |
| B 1 | 0010765766 | CARBAJAL, J | 186533 | 07/22/2005 | 231,300 | 171 | 01/09/2006 | 5,782.50 | 58.3% | 3,373.13 | - | 3,373.13 | 858420028 |
| B 1 | 0010935294 | DOUGLAS, W | 188241 | 07/29/2005 | 149,600 | 175 | 01/20/2006 | 5,385.60 | 58.3% | 3,141.60 | 1,193.79 | 1,947.81 | 858429606 |
| B 1 | 0010936565 | PETTY, R | 189549 | 07/29/2005 | 235,000 | 179 | 01/24/2006 | 8,977.00 | 58.3% | 5,236.58 | - | 5,236.58 | 858429606 |
| B 1 | 0010768778 | WALLACE, J | 188494 | 07/22/2005 | 153,500 | 180 | 01/18/2006 | 5,575.12 | 58.3% | 3,252.15 | - | 3,252.15 | 858420028 |
| B 1 | 0010767804 | NEILSON, D | 189313 | 07/22/2005 | 19,000 | 193 | 01/31/2006 | 475.00 | 50.0% | 237.50 | - | 237.50 | 858420028 |
| B 1 | 0010767796 | NEILSON, D | 187033 | 07/22/2005 | 117,000 | 193 | 01/31/2006 | 3,510.00 | 50.0% | 1,755.00 | - | 1,755.00 | 858420028 |
| B 1 | 0010696458 | JUSIC, M | 162761 | 06/30/2005 | 359,500 | 195 | 01/11/2006 | 17,435.75 | 50.0% | 8,717.88 | - | 8,717.88 | 858426787 |
| B 1 | 0010696052 | CHAVEZ, R | 184880 | 06/30/2005 | 216,000 | 196 | 01/12/2006 | 8,910.00 | 50.0% | 4,455.00 | - | 4,455.00 | 858426787 |
| B 1 | 0010697068 | RAMIREZ, D | 174251 | 06/30/2005 | 272,000 | 211 | 01/27/2006 | 11,832.00 | 50.0% | 5,916.00 | - | 5,916.00 | 858426787 |
| B 1 | 0010568061 | MAYER, D | 175290 | 06/22/2005 | 199,000 | 215 | 01/23/2006 | 5,771.00 | 41.7% | 2,404.58 | 1,592.00 | 812.58 | 858426585 |
| B 1 | 0010569051 | RUTH STOTLER, | 177933 | 06/22/2005 | 150,000 | 216 | 01/24/2006 | 4,350.00 | 41.7% | 1,812.50 | - | 1,812.50 | 858426585 |
| B 1 | 0010485100 | VIGIL, D | 158414 | 05/31/2005 | 108,000 | 217 | 01/03/2006 | 3,510.00 | 41.7% | 1,462.50 | - | 1,462.50 | 858420632 |
| B 1 | 0010569333 | WEILER, L | 172915 | 06/22/2005 | 163,000 | 223 | 01/31/2006 | 7,335.00 | 41.7% | 3,056.25 | - | 3,056.25 | 858426585 |
| B 1 | 0010483105 | WOODWORTH, D | 173887 | 05/31/2005 | 224,100 | 230 | 01/16/2006 | 4,033.80 | 41.7% | 1,680.75 | - | 1,680.75 | 858420632 |
| B 1 | 0010402899 | BROWN MD, C | 163018 | 05/25/2005 | 105,500 | 238 | 01/18/2006 | 3,560.63 | 41.7% | 1,483.60 | - | 1,483.60 | 858420402 |
| B 1 | 0010370492 | MOHAMED, M | 167487 | 05/16/2005 | 214,600 | 249 | 01/20/2006 | 6,974.50 | 33.3% | 2,324.83 | 1,716.80 | 608.03 | 858426025 |
| B 1 | 0010370468 | MILLER, R | 162541 | 05/16/2005 | 127,200 | 255 | 01/26/2006 | 3,625.20 | 33.3% | 1,208.40 | - | 1,208.40 | 858426025 |
| B 2 | 0010242196 | RHOTEN, C | 159199 | 04/21/2005 | 49,050 | 260 | 01/06/2006 | 539.55 | 33.3% | 179.85 | - | 179.85 | 858422644 |
| B 1 | 0010242188 | RHOTEN, C | 153394 | 04/21/2005 | 327,000 | 260 | 01/06/2006 | 10,038.90 | 33.3% | 3,346.30 | - | 3,346.30 | 858422644 |
| B 1 | 0010205631 | DUPONT, C | 142924 | 04/19/2005 | 162,650 | 262 | 01/06/2006 | 3,253.00 | 33.3% | 1,084.33 | - | 1,084.33 | 858429052 |
| B 1 | 0010328391 | NUNN, K | 162911 | 04/29/2005 | 153,000 | 262 | 01/16/2006 | 1,601.91 | 33.3% | 533.97 | - | 533.97 | 858428325 |
| B 1 | 0010242402 | WEDIGE, J | 157476 | 04/21/2005 | 261,000 | 272 | 01/18/2006 | 7,151.40 | 33.3% | 2,383.80 | - | 2,383.80 | 858422644 |

HSBC Mortgage Services — CREVECOR MORTGAGE, INC.
Early Loan Payoff Premium Recapture

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0010242436 | WHITE, B | 159431 | 04/21/2005 | 176,000 | 273 | 01/19/2006 | 5,403.20 | 33.3% | 1,801.07 | 58.83 | 858422644 |
| B 1 | 0010148617 | MYERS, L | 147642 | 03/31/2005 | 90,000 | 278 | 01/03/2006 | 3,048.30 | 25.0% | 762.08 | 1,742.24 | 858427272 |
| B 1 | 0010242683 | TRIEB, J | 158897 | 04/21/2005 | 268,000 | 281 | 01/27/2006 | 11,416.80 | 25.0% | 2,854.20 | - | 858422644 |
| B 1 | 0010205979 | KEEN, R | 157200 | 04/19/2005 | 228,500 | 283 | 01/27/2006 | 8,477.35 | 25.0% | 2,119.34 | - | 858429052 |
| B 1 | 0010076271 | THOMPSON, E | 150727 | 03/25/2005 | 135,000 | 293 | 01/12/2006 | 2,902.50 | 25.0% | 725.63 | - | 858428344 |
| B 2 | 0010073922 | ALLEN, J | 151634 | 03/25/2005 | 16,500 | 293 | 01/12/2006 | 412.50 | 25.0% | 103.13 | - | 858428344 |
| B 1 | 0010073914 | ALLEN, J | 149957 | 03/25/2005 | 104,500 | 293 | 01/12/2006 | 3,573.90 | 25.0% | 893.48 | - | 858428344 |
| B 1 | 0010147767 | HUNTER, C | 151434 | 03/31/2005 | 206,600 | 300 | 01/25/2006 | 6,997.54 | 25.0% | 1,749.39 | - | 858427272 |
| B 1 | 0009946856 | TENNISON, K | 138776 | 02/28/2005 | 169,886 | 310 | 01/04/2006 | 6,017.36 | 16.7% | 1,002.89 | - | 858422482 |
| B 1 | 0009945049 | LONG, J | 148480 | 02/28/2005 | 165,000 | 317 | 01/11/2006 | 5,844.30 | 16.7% | 974.05 | - | 858422482 |
| B 1 | 0009940875 | BROWN, S | 147892 | 02/28/2005 | 419,000 | 333 | 01/27/2006 | 15,084.00 | 16.7% | 2,514.00 | - | 858422482 |
| B 1 | 0009946419 | SCERPELLA, J | 140797 | 02/28/2005 | 162,000 | 337 | 01/31/2006 | 5,738.04 | 8.3% | 478.17 | - | 858422482 |
| B 1 | 0009793118 | BELTON, J | 142084 | 01/31/2005 | 230,000 | 338 | 01/04/2006 | 7,640.60 | 8.3% | 636.72 | - | 858425169 |
| B 1 | 0009795394 | SMITH, M | 133752 | 01/31/2005 | 297,500 | 338 | 01/04/2006 | 5,310.37 | 8.3% | 442.53 | - | 858425169 |
| B 1 | 0009691643 | WALTHER, M | 9691643135 | 01/25/2005 | 161,000 | 344 | 01/04/2006 | 6,134.10 | 8.3% | 511.18 | - | 858429688 |
| B 1 | 0009690694 | PARRISH, D | 132540 | 01/25/2005 | 136,000 | 346 | 01/06/2006 | 3,808.00 | 8.3% | 317.33 | - | 858429688 |
| B 1 | 0009792912 | AKINDELE-OBE, | 139456 | 01/31/2005 | 106,000 | 346 | 01/12/2006 | 3,604.00 | 8.3% | 300.33 | - | 858425169 |
| B 1 | 0009794017 | HERME, H | 128251 | 01/31/2005 | 192,000 | 350 | 01/16/2006 | 6,528.00 | 8.3% | 544.00 | - | 858425169 |
| B 1 | 0009691460 | TABER, M | 135465 | 01/25/2005 | 270,655 | 356 | 01/16/2006 | 10,311.96 | 8.3% | 859.33 | - | 858429688 |
| B 1 | 0009795634 | THAYER, L | 133193 | 01/31/2005 | 112,000 | 358 | 01/24/2006 | 3,808.00 | 8.3% | 317.33 | - | 858425169 |

Invoice Total $96,098.81

Invoice Sent in January 2006

| Bulk/Flow | Lien | HSBC Loan Number | Customer Name | Old Loan Number | Funding Date | Xfer Balance | Days to PIF | PIF Date | Premium Paid | Recapture Percent | Premium Lost | Prepay Collected | Recapture Amount | Sale ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 | | 0011674462 | HAMLIN-ZOLENS | 201700 | 10/25/2005 | 292,328 | 50 | 12/14/2005 | 6,565.69 | 91.7% | 6,020.74 | 2,338.28 | 3,682.46 | 858427297 |
| B1 | | 0011677788 | SESSINK, C | 206128 | 10/25/2005 | 297,500 | 56 | 12/20/2005 | 6,681.85 | 91.7% | 6,127.26 | - | 6,127.26 | 858427297 |
| B1 | | 0011794856 | WALL, J | 200814 | 10/31/2005 | 59,000 | 58 | 12/28/2005 | 1,348.15 | 91.7% | 1,236.25 | 472.00 | 764.25 | 858420252 |
| B1 | | 0011674488 | HAVIS, W | 199500 | 10/25/2005 | 110,400 | 65 | 12/29/2005 | 2,479.58 | 83.3% | 2,065.49 | - | 2,065.49 | 858427297 |
| B1 | | 001464815 | SECOR, S | 200797 | 09/30/2005 | 227,850 | 67 | 12/06/2005 | 4,329.15 | 83.3% | 3,606.18 | - | 3,606.18 | 858421063 |
| B1 | | 0011353471 | WHITE, J | 203900 | 09/28/2005 | 192,800 | 68 | 12/05/2005 | 4,993.52 | 83.3% | 4,159.60 | - | 4,159.60 | 858421116 |
| B1 | | 0011352937 | RAUTIO, G | 202977 | 09/28/2005 | 257,600 | 70 | 12/07/2005 | 6,671.84 | 83.3% | 5,557.64 | - | 5,557.64 | 858421116 |
| B1 | | 0011351673 | WASHINGTON, R | 196207 | 09/28/2005 | 350,000 | 79 | 12/16/2005 | 8,697.50 | 83.3% | 7,245.02 | - | 7,245.02 | 858421116 |
| B1 | | 0011464310 | CHAPMAN, L | 192235 | 09/30/2005 | 116,000 | 92 | 12/31/2005 | 2,842.00 | 75.0% | 2,131.50 | - | 2,131.50 | 858421063 |
| B1 | | 0011657659 | CULHI, A | 192707 | 08/24/2005 | 246,000 | 99 | 12/01/2005 | 6,642.00 | 75.0% | 4,981.50 | - | 4,981.50 | 858428214 |
| B1 | | 0011196326 | SWIFT, C | 195023 | 08/31/2005 | 71,208 | 110 | 12/19/2005 | 2,321.37 | 75.0% | 1,741.03 | - | 1,741.03 | 858424036 |
| B2 | | 0011065141 | GRIFFITH, K | 195853 | 08/24/2005 | 43,250 | 121 | 12/23/2005 | 432.50 | 75.0% | 324.38 | - | 324.38 | 858429954 |
| B1 | | 0010936060 | ATCHISON, J | 183770 | 07/29/2005 | 123,500 | 126 | 12/02/2005 | 4,717.70 | 66.7% | 3,146.71 | - | 3,146.71 | 858429606 |
| B1 | | 0011065687 | KLEIN, P | 183074 | 08/24/2005 | 150,000 | 126 | 12/28/2005 | 4,782.00 | 66.7% | 3,189.59 | - | 3,189.59 | 858429954 |
| B1 | | 0011065745 | LA RUE, R | 189157 | 08/24/2005 | 181,650 | 126 | 12/28/2005 | 6,575.72 | 66.7% | 4,386.01 | - | 4,386.01 | 858429954 |
| B1 | | 0011065752 | LAURENTE, M | 188774 | 08/24/2005 | 261,000 | 128 | 12/30/2005 | 2,406.42 | 66.7% | 1,605.08 | - | 1,605.08 | 858429954 |
| B1 | | 0011065158 | GRIFFITH, K | 193228 | 08/24/2005 | 155,700 | 128 | 12/30/2005 | 4,868.74 | 66.7% | 3,247.45 | - | 3,247.45 | 858429954 |
| B1 | | 0011067220 | WILLIAMS, D | 192063 | 07/29/2005 | 452,700 | 129 | 12/31/2005 | 4,173.89 | 66.7% | 2,783.98 | - | 2,783.98 | 858429954 |
| B1 | | 0010936201 | ENCINIAS, A | 181561 | 07/29/2005 | 326,472 | 131 | 12/07/2005 | 11,752.98 | 66.7% | 7,839.24 | - | 7,839.24 | 858429606 |
| B1 | | 0010765477 | BONE, J | 186043 | 07/22/2005 | 256,200 | 139 | 12/08/2005 | 9,305.18 | 66.7% | 6,206.56 | - | 6,206.56 | 858420028 |
| B1 | | 0010935799 | PRESTON, L | 189353 | 07/29/2005 | 310,500 | 144 | 12/20/2005 | 11,842.00 | 66.7% | 7,898.61 | - | 7,898.61 | 858429606 |
| B1 | | 0010766285 | FINERAN, C | 189518 | 07/22/2005 | 110,900 | 154 | 12/23/2005 | 4,027.89 | 58.3% | 2,348.26 | - | 2,348.26 | 858420028 |
| B2 | | 001621456 | SPARKS, D | 186752 | 07/29/2005 | 116,800 | 155 | 12/31/2005 | 4,461.76 | 58.3% | 2,601.21 | - | 2,601.21 | 858429606 |
| B1 | | 0010936672 | CADRIEL, A | 179705 | 06/28/2005 | 29,400 | 161 | 12/06/2005 | 598.29 | 58.3% | 348.80 | - | 348.80 | 858420028 |
| B1 | | 0010765691 | WIELGOSIAK, R | 188630 | 07/22/2005 | 155,800 | 158 | 12/27/2005 | 4,985.60 | 58.3% | 2,906.60 | - | 2,906.60 | 858420028 |
| B1 | | 0010697423 | HALPIN, K | 184538 | 06/30/2005 | 125,000 | 159 | 12/06/2005 | 5,437.50 | 58.3% | 3,170.06 | - | 3,170.06 | 858426787 |
| B1 | | 001621449 | DELANEY, M | 174866 | 06/28/2005 | 196,000 | 161 | 12/06/2005 | 8,012.48 | 58.3% | 4,671.28 | - | 4,671.28 | 858425833 |
| B1 | | 0010566701 | THEIS, R | 176225 | 06/28/2005 | 280,000 | 166 | 12/05/2005 | 8,120.00 | 58.3% | 4,733.96 | 2,800.00 | 1,933.96 | 858426585 |
| B1 | | 0010622470 | ZUNIGA MOURAO | 181081 | 06/28/2005 | 270,000 | 168 | 12/13/2005 | 11,037.60 | 58.3% | 6,434.92 | 4,877.20 | 1,946.52 | 858425833 |
| B1 | | 0010569580 | INNES, J | 175169 | 06/22/2005 | 306,000 | 169 | 12/08/2005 | 11,704.50 | 58.3% | 6,823.72 | - | 6,823.72 | 858426585 |
| B1 | | 0010567543 | PERONA, J | 176981 | 06/22/2005 | 127,000 | 175 | 12/14/2005 | 4,857.75 | 58.3% | 2,832.07 | - | 2,832.07 | 858426585 |
| B1 | | 0010568491 | | 172482 | 06/22/2005 | 192,900 | 176 | 12/15/2005 | 7,667.77 | 58.3% | 4,470.31 | - | 4,470.31 | 858426585 |

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
@REV{CORMORTGAGE.ING}

| | Loan # | Borrower | Amount | Days | Paid Date | Amt 1 | % | Amt 2 | Amt 3 | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| B 1 | 0010569077 | STUMP, R | 174435 | 06/22/2005 | 84,882 | 177 | 12/16/2005 | 3,374.06 | 58.3% | 1,967.08 | - | 1,967.08 | 8584265884 |
| B 1 | 0010621530 | HECIMOVICH, R | 181296 | 06/28/2005 | 375,000 | 182 | 12/27/2005 | 15,330.00 | 58.3% | 8,937.39 | - | 8,937.39 | 8584258339 |
| B 2 | 0010485134 | WESOLOWSKI, G | 174393 | 05/31/2005 | 22,950 | 188 | 12/05/2005 | 459.00 | 50.0% | 229.50 | 229.10 | .40 | 8584206325 |
| B 1 | 0010485126 | WESOLOWSKI, G | 173836 | 05/31/2005 | 121,500 | 188 | 12/05/2005 | 3,584.25 | 50.0% | 1,792.13 | 1,210.20 | 581.93 | 8584206325 |
| B 1 | 0010482578 | KAUFMAN, J | 171290 | 05/31/2005 | 194,000 | 190 | 12/07/2005 | 6,111.00 | 50.0% | 3,055.50 | - | 3,055.50 | 8584206325 |
| B 1 | 0010371136 | WHITAKER JR, | 169973 | 05/16/2005 | 297,000 | 199 | 12/01/2005 | 10,692.00 | 50.0% | 5,346.00 | - | 5,346.00 | 8584260254 |
| B 1 | 0010405202 | FONTAINE, J | 164823 | 05/25/2005 | 236,000 | 204 | 12/15/2005 | 8,165.60 | 50.0% | 4,082.80 | - | 4,082.80 | 8584204024 |
| B 1 | 0010370120 | JOINER, L | 168642 | 05/16/2005 | 100,700 | 205 | 12/07/2005 | 3,272.75 | 50.0% | 1,636.38 | - | 1,636.38 | 8584260254 |
| B 2 | 0010484400 | MCQUIGGIN, J | 173893 | 05/31/2005 | 17,500 | 205 | 12/22/2005 | 350.00 | 50.0% | 175.00 | 138.99 | 36.01 | 8584206325 |
| B 1 | 0010371045 | RAY STEGALL, J | 145657 | 05/16/2005 | 73,900 | 206 | 12/08/2005 | 2,660.40 | 50.0% | 1,330.20 | 1,177.24 | 152.96 | 8584260254 |
| B 1 | 0010329290 | BERNDT, W | 152650 | 04/29/2005 | 83,500 | 220 | 12/05/2005 | 3,131.25 | 41.7% | 1,305.73 | - | 1,305.73 | 8584283238 |
| B 1 | 0010240992 | BLADES, R | 163848 | 04/21/2005 | 100,000 | 224 | 12/01/2005 | 3,070.00 | 41.7% | 1,280.19 | 995.80 | 284.39 | 8584226644 |
| B 1 | 0010328797 | SMITH, T | 148013 | 04/29/2005 | 122,000 | 227 | 12/12/2005 | 4,575.00 | 41.7% | 1,907.78 | - | 1,907.78 | 8584283231 |
| B 1 | 0010328854 | DIANNE SPEARS | 167572 | 04/29/2005 | 237,500 | 227 | 12/12/2005 | 7,272.25 | 41.7% | 3,032.53 | 2,375.00 | 657.53 | 8584283231 |
| B 1 | 0010327369 | CHASE, B | 161444 | 04/29/2005 | 188,500 | 230 | 12/15/2005 | 5,425.03 | 41.7% | 2,262.24 | - | 2,262.24 | 8584283238 |
| B 1 | 0010241628 | JAMIESON, P | 143471 | 04/21/2005 | 149,900 | 231 | 12/08/2005 | 4,601.93 | 41.7% | 1,919.00 | - | 1,919.00 | 8584226644 |
| B 1 | 0010326957 | ALBERS, T | 149193 | 04/29/2005 | 299,000 | 236 | 12/21/2005 | 8,605.22 | 41.7% | 3,588.38 | - | 3,588.38 | 8584283238 |
| B 1 | 0010205664 | ERWIN, K | 159787 | 04/19/2005 | 149,886 | 237 | 12/12/2005 | 4,871.31 | 41.7% | 2,031.34 | - | 2,031.34 | 8584229052 |
| B 1 | 0010241693 | KLEIN, S | 162988 | 04/21/2005 | 162,000 | 237 | 12/14/2005 | 3,142.80 | 41.7% | 1,310.55 | - | 1,310.55 | 8584226644 |
| B 1 | 0010205672 | ERWIN, K | 161561 | 04/19/2005 | 21,743 | 237 | 12/12/2005 | 706.65 | 41.7% | 294.67 | - | 294.67 | 8584229052 |
| B 1 | 0010241701 | KLEIN, S | 164666 | 04/21/2005 | 45,000 | 237 | 12/14/2005 | 495.00 | 41.7% | 206.42 | - | 206.42 | 8584226644 |
| B 1 | 0010205862 | HALEY, A | 151032 | 04/19/2005 | 183,000 | 239 | 12/14/2005 | 2,379.00 | 41.7% | 992.04 | - | 992.04 | 8584229052 |
| B 2 | 0010328805 | SMITH, T | 159582 | 04/29/2005 | 18,300 | 243 | 12/28/2005 | 38.25 | 41.7% | 15.95 | - | 15.95 | 8584283231 |
| B 1 | 0010149839 | LAMBERTY, M | 151162 | 03/31/2005 | 172,000 | 246 | 12/02/2005 | 5,590.00 | 33.3% | 1,861.47 | - | 1,861.47 | 8584272272 |
| B 2 | 0010145662 | LAMBERTY, M | 158936 | 03/31/2005 | 25,800 | 246 | 12/02/2005 | 627.71 | 33.3% | 209.03 | - | 209.03 | 8584272272 |
| B 1 | 0010147247 | FAFARD, A | 145323 | 03/31/2005 | 141,700 | 251 | 12/07/2005 | 4,799.38 | 33.3% | 1,598.19 | - | 1,598.19 | 8584272272 |
| B 1 | 0010074375 | CRESCENZI, J | 152783 | 03/25/2005 | 110,500 | 252 | 12/02/2005 | 2,375.75 | 33.3% | 791.12 | - | 791.12 | 8584283344 |
| B 2 | 0010205920 | HOUSEKNECHT, | 162204 | 04/19/2005 | 53,750 | 255 | 12/30/2005 | 1,746.88 | 33.3% | 581.71 | - | 581.71 | 8584229052 |
| B 1 | 0010205938 | HOUSEKNECHT, | 150057 | 04/19/2005 | 193,500 | 255 | 12/30/2005 | 3,376.58 | 33.3% | 1,124.40 | - | 1,124.40 | 8584229052 |
| B 1 | 0010074680 | GATZA, K | 148540 | 03/25/2005 | 86,450 | 264 | 12/14/2005 | 2,956.59 | 33.3% | 984.54 | - | 984.54 | 8584283344 |
| B 1 | 0010145746 | LUCERO, D | 152959 | 03/31/2005 | 157,500 | 264 | 12/20/2005 | 4,725.00 | 33.3% | 1,573.43 | - | 1,573.43 | 8584272272 |
| B 1 | 0010147890 | JONES, J | 146390 | 03/31/2005 | 122,900 | 265 | 12/21/2005 | 3,195.40 | 33.3% | 1,064.07 | - | 1,064.07 | 8584272272 |
| B 1 | 0010145704 | MICHELLE LEFL | 148662 | 03/31/2005 | 80,000 | 265 | 12/21/2005 | 2,709.60 | 33.3% | 902.30 | - | 902.30 | 8584272272 |
| B 2 | 0010147957 | KAPP, A | 156382 | 03/31/2005 | 39,300 | 267 | 12/23/2005 | 956.17 | 33.3% | 318.40 | - | 318.40 | 8584272272 |
| B 1 | 0010147940 | KAPP, A | 155387 | 03/31/2005 | 262,000 | 267 | 12/23/2005 | 8,873.94 | 33.3% | 2,955.02 | - | 2,955.02 | 8584272272 |

APR-24-07 10:22 FROM- T-771 P.019/020 F-475

HSBC Mortgage Services
Early Loan Payoff Premium Recapture
GREYCO RMORTGAGE INC

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B1 | 0010150183 | PROKASH, P | 145074 | 03/31/2005 | 121,000 | 273 | 12/29/2005 | 3,932.50 | 33.3% | - | 1,309.52 | 8584272722 |
| B1 | 0010149870 | SCHAPER, C | 153604 | 03/31/2005 | 180,500 | 273 | 12/29/2005 | 5,866.25 | 33.3% | - | 1,953.46 | 8584272722 |
| B1 | 0010075034 | INGRAM, B | 137756 | 03/25/2005 | 102,000 | 278 | 12/28/2005 | 3,488.40 | 25.0% | - | 872.10 | 8584283444 |
| B1 | 0009945718 | NIXON, D | 149813 | 02/28/2005 | 470,000 | 289 | 12/14/2005 | 17,390.00 | 25.0% | - | 4,347.50 | 8584224824 |
| B1 | 0009947136 | WERDEN, M | 150294 | 02/28/2005 | 205,000 | 296 | 12/21/2005 | 7,261.10 | 25.0% | - | 1,815.28 | 8584224824 |
| B1 | 0009943010 | DANKE, T | 146924 | 02/28/2005 | 198,600 | 298 | 12/23/2005 | 7,034.41 | 25.0% | - | 1,758.60 | 8584224824 |
| B1 | 0009946351 | RYAN, J | 14643I | 02/28/2005 | 205,000 | 302 | 12/27/2005 | 7,261.10 | 25.0% | - | 1,815.28 | 8584224824 |
| B1 | 0009945452 | MILLWOOD, M | 136907 | 02/28/2005 | 92,950 | 305 | 12/30/2005 | 3,292.29 | 16.7% | - | 549.81 | 8584224824 |
| B1 | 0009690660 | OSTER, A | 140735 | 01/25/2005 | 185,000 | 310 | 12/01/2005 | 5,180.00 | 16.7% | - | 865.06 | 8584296884 |
| B1 | 0009689571 | GUILE, R | 126378 | 01/25/2005 | 53,000 | 317 | 12/08/2005 | 2,019.30 | 16.7% | - | 337.22 | 8584296884 |
| B1 | 0009690413 | MCDOWELL, D | 136494 | 01/25/2005 | 171,000 | 317 | 12/08/2005 | 6,515.10 | 16.7% | - | 1,088.02 | 8584296884 |
| B1 | 0009793092 | BATCHA, J | 141970 | 01/31/2005 | 451,350 | 317 | 12/14/2005 | 15,445.19 | 16.7% | - | 2,579.35 | 8584251694 |
| B1 | 0009793902 | HARPER, M | 144747 | 01/31/2005 | 266,000 | 318 | 12/15/2005 | 9,044.00 | 16.7% | - | 1,510.35 | 8584251694 |
| B1 | 0009794942 | PARKER, C | 140281 | 01/31/2005 | 110,500 | 325 | 12/22/2005 | 2,127.12 | 16.7% | - | 355.23 | 8584251694 |
| B1 | 0009650397 | MCCRAW, G | 128293 | 01/25/2005 | 180,500 | 329 | 12/20/2005 | 6,877.05 | 16.7% | - | 1,148.47 | 8584296884 |
| B1 | 0009606427 | DAILEY, M | 133288 | 01/05/2005 | 147,350 | 330 | 12/01/2005 | 4,694.57 | 16.7% | - | 783.99 | 8584299124 |
| B1 | 0009606005 | BROWN, T | 135193 | 01/05/2005 | 152,000 | 330 | 12/01/2005 | 4,842.72 | 16.7% | - | 808.73 | 8584299124 |
| B1 | 0009689209 | FRAZER, D | 141194 | 01/25/2005 | 192,000 | 331 | 12/22/2005 | 7,315.20 | 16.7% | - | 1,221.64 | 8584296884 |
| B1 | 0009608712 | OGLESBY, J | 132003 | 01/05/2005 | 88,000 | 358 | 12/29/2005 | 3,977.60 | 8.3% | - | 331.33 | 8584299124 |
| B1 | 0009466780 | ANGERMAN, J | 133111 | 12/17/2004 | 100,000 | 363 | 12/15/2005 | 3,850.00 | 8.3% | - | 320.71 | 8584204424 |

Invoice Total $198,661.33
- Payment Recieved $170,538.90
Invoice Remaining Balance $28,122.43

Total Balance of Invoices Listed $608,533.80