# EXHIBIT E

**CREVECOR MORTGAGE, INC.**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSS ON SALE/CHARGED OFF | Fraud Ins | FPD | FPD | FPD | FPD | FPD | FPD | Claim Denied | FPD | FPD | FPD | FPD |
| ACCOUNT NUMBER | 13556519 | 10565901 | 9008152 | 9686940 | 9939463 | 11064110 | 11064227 | 11463619 | 10327443 | 14115083 | 10766194 | 11064821 |
| BORROWER NAME | ALEXANDER | ALLARDICE | ANDERSON | ANDREWS | AYYAD | BARRY | BRADLEY | CHANDLER | CLARK | DUKE | ESPINOZA | EVANS |
| DATE PROPERTY SOLD | 3/28/2007 | 2/8/2006 | 9/18/2006 | 12/19/2006 | 10/16/2006 | 12/12/2006 | 1/4/2007 | 8/24/2006 | 3/16/2007 | 4/25/2006 | 3/13/2007 | |
| SALES PRICE | 90,000.00 | 92,900.00 | 34,000.00 | 25,000.00 | 575,500.00 | 41,900.00 | 30,500.00 | 15,000.00 | 33,460.00 | 87,500.00 | 115,000.00 | |
| 90 days out | 07/30/06 | 10/29/05 | 01/29/05 | 06/01/05 | 12/30/05 | 12/30/05 | 01/29/06 | 08/29/05 | 12/30/06 | 11/29/05 | 01/29/06 | |
| NEXT DUE DATE | 04/01/06 | 07/01/05 | 10/01/04 | 02/01/05 | 09/01/05 | 09/01/05 | 10/01/05 | 05/01/05 | 09/01/06 | 08/01/05 | 10/01/05 | |
| FIRST DUE DATE | 04/01/06 | 07/01/05 | 10/01/04 | 02/01/05 | 04/01/05 | 09/01/05 | 10/01/05 | 05/01/05 | 06/01/06 | 08/01/05 | 09/01/05 | |
| INTEREST RATE | 9.02% | 9.85% | 9.99% | 6.65% | 10.05% | 8.85% | 9.65% | 8.99% | 9.46% | 8.90% | 9.30% | |
| LB | $ 65,000.00 | $ 122,000.00 | $ 91,650.00 | $ 57,000.00 | $ 72,000.00 | $ 655,000.00 | $ 80,000.00 | $ 58,000.00 | $ 85,300.00 | $ 64,902.51 | $ 104,000.00 | $ 117,500.00 |
| INTEREST @ NOTE RATE FIRST 120 DAYS | 1,927.56 | 3,950.79 | 3,010.14 | 1,246.19 | 2,378.96 | 16,689.04 | 2,327.67 | 1,840.11 | 2,521.14 | 2,018.56 | 3,043.07 | 3,592.60 |
| INTEREST @ 5.00% THROUGH SALE DATE | 534.25 | 8,606.85 | 4,708.05 | 3,701.10 | 3,491.51 | 26,020.55 | 3,802.74 | 2,701.37 | 4,206.58 | 675.70 | 2,094.25 | 6,567.12 |
| EXTENSION INTEREST | | | | | | | | | | | | |
| PREMIUM | 1,574.30 | 4,849.50 | 5,040.75 | 2,171.70 | 2,376.00 | 16,275.75 | 2,550.40 | 2,030.00 | 2,610.18 | 1,747.85 | 3,777.28 | 2,919.88 |
| ORP ADVANCES | 126.50 | 9,460.68 | 10,300.09 | 3,892.40 | 11,616.14 | 9,517.88 | 5,265.99 | 4,751.89 | 7,304.42 | 1,363.32 | 3,066.39 | 6,101.80 |
| ESCROW ADVANCE | | | | | | | | | | | | |
| TOTAL REPURCHASE PRICE | $ 69,162.61 | $ 148,867.82 | $ 114,709.03 | $ 68,011.39 | $ 91,862.61 | $ 723,503.22 | $ 93,946.80 | $ 69,323.37 | $ 101,942.32 | $ 70,707.93 | $ 115,980.99 | $ 136,681.41 |
| NET PROCEEDS OF SALE | 24,207.00 | 75,073.18 | 80,112.13 | 27,992.83 | 19,417.19 | 534,498.93 | 38,069.27 | 30,500.00 | 10,856.32 | 33,460.00 | 76,622.12 | 105,056.11 |
| NET LOSS/SHORTFALL AMT | 44,955.61 | 73,794.64 | 34,596.90 | 40,018.56 | 72,445.42 | 189,004.29 | 55,877.53 | 38,823.37 | 91,086.00 | 37,247.93 | 39,358.87 | 31,625.30 |
| LESS PREMIUM/EXPOSURE RECEIVED | 20,000.00 | | 21,262.10 | | | | | | | | | |
| LESS ANTICIPATED OR ACTUAL IBIS PAYOUT | 24,955.61 | | | | | | | | | | | |
| REMAINING LOSS/SHORTFALL | - | 73,794.64 | 13,334.80 | 40,018.56 | 72,445.42 | 189,004.29 | 55,877.53 | 38,823.37 | 91,086.00 | 37,247.93 | 39,358.87 | 31,625.30 |
| DUE HSBC | | | | | | | | | | | | |

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FPD | FPD | Claim Denied | FPD-Charge Off | FPD | FPD | FPD | 1ST | 2ND | Fraud Ins | FPD | FPD | FPD | FPD-Charge Off |
| | 10145399 | 9606898 | 7685811 | 11464450 | 11065059 | 11065299 | 13557228 | 13557236 | 9228875 | 8411639 | 10621688 | 9229139 | 11068137 | 10148088 |
| | FISHER | FRANK | FREEMAN | GELINEAU | GONZALEZ | HENSON | HICKS | HICKS | JOHNSON | JONES | JORDAN | LADD | LAFOREST | LAWSON |
| | 6/13/2006 | 2/6/2007 | 8/30/2004 | 2/13/2007 | 3/30/2007 | 3/6/2007 | 12/29/2006 | 12/29/2006 | 11/22/2006 | 3/20/2006 | 8/21/2006 | 5/24/2006 | 3/28/2007 | 2/3/2006 |
| | 255,021.00 | 85,000.00 | 51,213.91 | 76,700.00 | 223,000.00 | 172,500.00 | 172,500.00 | 172,500.00 | 148,000.00 | 26,600.00 | 91,203.00 | 43,500.00 | 139,840.00 | 139,840.00 |
| | 8.55% | 9.75% | 9.10% | 10.35% | 8.60% | 8.85% | 9.34% | 8.82% | 7.64% | 10.55% | 8.60% | 10.50% | 12.84% | 8.15% |
| | 04/01/05 | 01/01/05 | 11/01/03 | 10/01/05 | 09/01/05 | 09/01/05 | 05/01/06 | 05/01/06 | 11/01/04 | 06/01/04 | 07/01/05 | 12/01/04 | 10/01/05 | 05/01/05 |
| | 06/01/05 | 05/01/05 | 07/01/04 | 06/01/06 | 09/01/05 | 05/01/06 | 05/01/06 | 05/01/06 | 06/01/04 | 07/01/04 | 12/01/04 | 10/01/05 | 05/01/05 |
| | 09/29/05 | 08/29/05 | 10/29/04 | 09/29/06 | 12/30/05 | 08/29/06 | 08/29/06 | 08/29/06 | 09/29/05 | 10/29/05 | 03/31/05 | 01/29/06 | 08/29/05 |
| | $ 256,690.16 | $ 99,981.30 | $ 54,757.75 | $ 109,250.00 | $ 280,000.00 | $ 136,000.00 | $ 34,000.00 | $ 213,976.74 | $ 63,000.00 | $ 99,500.00 | $ 78,350.00 | $ 50,000.00 | $ 157,900.00 |
| | 255,021.00 | | 74,745.38 | | | | | | | | | | | |
| | 7,215.45 | 3,204.88 | 819.12 | 2,543.39 | 3,088.93 | 8,146.85 | 4,176.13 | 985.91 | 5,374.63 | 2,185.15 | 2,813.26 | 2,704.68 | 2,110.68 | 4,230.85 |
| | 9,036.90 | 7,204.13 | - | 1,720.17 | 6,809.42 | 16,531.51 | 2,272.88 | 2,603.56 | 13,190.35 | 4,634.38 | 4,034.52 | 4,497.08 | 3,102.74 | 3,417.56 |
| | 8,704.59 | 4,095.25 | 2,495.51 | 562.50 | 3,482.89 | 8,926.40 | 3,293.92 | - | 8,600.00 | 1,815.21 | 4,067.56 | 4,228.20 | 1,500.00 | 1,581.00 |
| | 11,259.47 | 17,326.94 | 100.00 | 230.00 | 9,207.63 | 13,617.85 | 3,777.00 | 1,312.94 | 27,139.61 | 7,275.70 | 5,543.74 | 6,032.12 | 1,075.00 | 1,840.50 |
| | 292,906.58 | $ 131,812.50 | $ 58,172.38 | $ 79,801.44 | $ 131,838.87 | $ 327,222.61 | $ 149,519.93 | $ 38,902.41 | $ 268,281.32 | $ 78,910.44 | $ 115,959.08 | $ 95,812.08 | $ 57,788.42 | $ 168,969.91 |
| | 255,021.00 | 73,770.35 | 51,213.91 | 54,408.51 | 202,168.58 | 139,215.00 | 19,359.15 | 132,817.46 | 21,542.84 | 80,683.21 | 35,115.15 | N/A | 139,840.00 |
| | 37,885.58 | 58,042.15 | 6,958.47 | N/A | 77,430.36 | 125,054.03 | 19,543.26 | 135,463.86 | 57,367.60 | 35,275.87 | 60,696.93 | N/A | 29,129.91 |
| | 37,885.58 | 58,042.15 | 6,958.47 | - | 77,430.36 | 125,054.03 | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | 7,011.01 | - | 45,000.00 | - | - | - | - | - |
| | - | - | - | - | - | - | 3,293.92 | 19,543.26 | 90,463.86 | 57,367.60 | 35,275.87 | 60,696.93 | 57,788.42 | 29,129.91 |

| | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FPD | 1ST | 2ND | Fraud Ins | Claim Resolved | 1ST | 2ND | FPD | 1ST | 2ND | FPD | Fraud Ins | FPD | FPD |
| | 8686396 | 12351920 | 12351938 | 10075638 | 6279947 | 11352762 | 11352770 | 11196029 | 12714812 | 12714820 | 9608977 | 7599954 | 10484707 | 10484723 |
| | MAAS | MARTIN | MARTIN | MILLER | MORRISON | MOYER | MOYER | MURPHY | PETTIT | PETTIT | RACETTE | REDD | RICE | RICHARDSON |
| | 6/20/2006 | 12/6/2006 | 12/6/2006 | 8/1/2006 | 10/12/2004 | 8/15/2006 | 8/15/2006 | 2/12/2007 | 1/2/2007 | 1/2/2007 | 8/28/2006 | 3/31/2005 | 3/19/2007 | 6/21/2006 |
| | 61,000.00 | 82,800.00 | 82,800.00 | 84,000.00 | 52,500.00 | 90,000.00 | 90,000.00 | 59,000.00 | 162,799.00 | 162,799.00 | 169,000.00 | 31,000.00 | 140,000.00 | 120,000.00 |
| | 10.65% | 9.08% | 11.35% | 8.05% | 10.85% | 7.75% | 8.23% | 9.54% | 7.00% | 11.10% | 7.50% | 7.99% | 8.80% | 8.60% |
| | 11/29/04 | 06/01/06 | 06/01/06 | 05/01/06 | 06/29/03 | 01/29/06 | 01/29/06 | 03/01/06 | 11/29/06 | 11/29/06 | 05/01/05 | 10/29/04 | 09/29/05 | 10/29/05 |
| | 08/01/04 | 02/01/06 | 02/01/06 | 03/01/06 | 10/01/03 | 10/01/05 | 10/01/05 | 11/01/05 | 08/01/06 | 08/01/06 | 01/01/05 | 07/01/04 | 06/01/05 | 07/01/05 |
| | 08/01/04 | 02/01/06 | 02/01/06 | 04/01/05 | 06/01/02 | 10/01/05 | 10/01/05 | 10/01/05 | 02/01/06 | 02/01/06 | 10/01/05 | 10/01/03 | 06/01/05 | 07/01/05 |
| | $ 107,100.00 | $ 73,200.00 | $ 18,300.00 | $ 137,000.00 | $ 89,690.52 | $ 107,000.00 | $ 16,050.00 | $ 93,954.15 | $ 290,542.81 | $ 72,843.60 | $ 211,000.00 | $ 58,633.32 | $ 159,900.00 | $ 136,000.00 |
| | 3,749.97 | 2,185.17 | 682.87 | 3,625.81 | 3,199.37 | 2,726.30 | 434.27 | 2,946.81 | 6,686.46 | 2,658.29 | 5,202.74 | 1,540.21 | 4,626.15 | 3,845.26 |
| | 8,333.26 | 1,885.15 | 471.29 | 1,839.18 | 5,786.88 | 2,902.19 | 435.33 | 4,478.91 | 1,353.21 | 339.27 | 13,989.59 | 1,228.89 | 11,740.60 | 4,378.08 |
| | 5,780.19 | 1,782.42 | | 4,685.40 | 4,376.70 | 2,180.66 | 74.31 | 3,064.40 | 8,511.80 | | 6,722.46 | 2,285.72 | 6,364.02 | 5,412.80 |
| | 10,075.50 | 3,819.72 | 838.24 | 5,989.13 | 1,489.48 | 3,934.92 | 100.00 | 5,842.98 | 8,445.14 | 100.00 | 9,669.59 | 5,300.77 | 10,298.94 | 6,102.03 |
| | $ 135,038.92 | $ 82,872.46 | $ 20,292.40 | $ 153,139.52 | $ 104,542.95 | $ 118,744.07 | $ 17,093.91 | $ 110,287.25 | $ 315,539.42 | $ 75,941.16 | $ 246,584.38 | $ 68,988.91 | $ 192,929.71 | $ 155,738.17 |
| | 55,050.39 | 72,062.58 | - | 77,539.38 | 46,874.32 | 78,905.84 | - | 52,007.09 | 162,799.00 | - | 150,271.61 | 27,760.64 | 122,278.56 | 112,482.09 |
| | 79,988.53 | 10,809.88 | 20,292.40 | 75,600.14 | 57,668.63 | 39,838.23 | 17,093.91 | 58,280.16 | 152,740.42 | 75,941.16 | 96,312.77 | 41,228.27 | 70,651.15 | 43,256.08 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | 45,000.00 | 10,000.00 | - | - | - | 45,000.00 | - | - | 38,942.55 | - | - |
| | 79,988.53 | 10,809.88 | 20,292.40 | 30,600.14 | 47,668.63 | 39,838.23 | 17,093.91 | 58,280.16 | 107,740.42 | 75,941.16 | 96,312.77 | 2,285.72 | 70,651.15 | 43,256.08 |

| | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FPD | | FPD | FPD | FPD | FPD | Fraud Ins | Fraud Ins | FPD | | | | Claim Resolved | Claim Resolved |
| | 8966483 | 10484749 | 10484756 | 9609132 | 9230186 | 11196227 | 9362153 | 9274929 | 8497869 | 10484897 | 14633473 | 14633481 | 9946955 | 6596902 |
| | RICK | ROBERTS | ROBERTS | ROBINSON | RUSSELL | SCHROETTER | SCOFIELD | SIMMONS | SMITH | SMITH | STEUCY | STEUCY | TRAUTMAN | VIRGO |
| | 4/9/2007 | 1ST 4/3/2007 | 2ND 4/3/2007 | 11/29/2005 | 8/31/2006 | 2/15/2007 | 7/26/2006 | 12/12/2006 | 12/14/2006 | 1/17/2007 | 1ST 12/13/2006 | 2ND 12/13/2006 | 10/1/1900 | 4/5/2006 |
| | 44,900.00 | 72,000.00 | 72,000.00 | 63,000.00 | 94,500.00 | 125,000.00 | 92,387.00 | 353,000.00 | 184,000.00 | 2,500.00 | 288,696.00 | 288,696.00 | 204,000.00 | 169,950.00 |
| | 9.50% | 7.00% | 13.09% | 9.00% | 10.25% | 9.35% | 9.80% | 9.20% | 7.44% | 9.40% | 8.99% | 9.01% | 8.50% | 11.00% |
| 09/01/04 | | 07/01/05 | 07/01/05 | 01/01/05 | 11/01/04 | 10/01/05 | 01/01/05 | 12/01/04 | 07/01/04 | 07/01/05 | 07/01/06 | 07/01/06 | 01/01/05 | 10/01/02 |
| 09/01/04 | | 07/01/05 | 07/01/05 | 01/01/05 | 01/01/05 | 10/01/05 | 01/01/05 | 01/01/05 | 07/01/05 | 11/01/04 | 07/01/06 | 07/01/06 | 03/01/05 | 04/01/03 |
| 12/30/04 | | 10/29/05 | 10/29/05 | 05/01/05 | 05/01/05 | 01/29/06 | 05/01/05 | 05/01/05 | 03/01/05 | 10/29/05 | 10/29/06 | 10/29/06 | 07/30/05 | 07/30/03 |
| | 74,500.00 | $ 101,700.00 | $ 23,800.00 | $ 116,700.00 | $ 121,897.25 | $ 280,000.00 | $ 117,900.00 | $ 347,375.20 | $ 264,196.40 | $ 75,000.00 | $ 319,200.00 | $ 79,800.00 | $ 384,766.76 | $ 161,645.40 |
| | 2,326.85 | 2,340.49 | 1,024.25 | 3,453.04 | 4,107.77 | 8,607.12 | 3,798.64 | 10,506.91 | 6,462.32 | 2,317.81 | 9,434.33 | 2,363.83 | 10,752.39 | 4,118.64 |
| | 8,470.55 | 7,258.32 | 1,698.60 | 3,389.10 | 8,132.05 | 14,652.05 | 7,283.96 | 28,075.53 | 23,632.91 | 4,571.92 | 1,967.67 | 491.92 | 7,115.55 | 21,700.34 |
| | 4,049.08 | 3,305.25 | 476.00 | 3,718.05 | 6,588.00 | 9,128.00 | 5,600.25 | 16,515.75 | 12,521.25 | 2,985.00 | 3,504.82 | | 13,636.70 | 9,088.20 |
| | 16,094.28 | 17,309.05 | 919.00 | 4,385.32 | 10,920.86 | 5,886.61 | 4,691.66 | 17,106.51 | 16,126.97 | 7,171.46 | 1,385.52 | 100.00 | 3,424.69 | 23,878.83 |
| | 64,364.92 | 75,282.27 | 27,917.85 | 73,462.80 | 69,606.41 | 193,273.79 | 59,099.98 | 102,249.86 | 139,239.85 | 93,618.06 | 46,796.34 | 82,755.75 | 238,262.91 | 69,144.02 |
| | 41,075.84 | 56,630.84 | | 58,182.71 | 82,039.52 | 125,000.00 | 80,174.53 | 317,330.04 | 183,700.00 | (1,571.87) | 288,696.00 | | 181,433.18 | 151,287.39 |
| | 105,440.76 | $ 131,913.11 | $ 27,917.85 | $ 131,645.51 | $ 151,645.93 | $ 318,273.79 | $ 139,274.51 | $ 419,579.90 | $ 322,939.85 | $ 92,046.19 | $ 335,492.34 | $ 82,755.75 | $ 419,696.09 | $ 220,431.41 |
| | 19,579.83 | - | - | 46,157.77 | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | 45,000.00 | 45,000.00 | - | 41,495.18 | - | 45,000.00 | 39,236.84 |
| | 44,785.09 | 75,282.27 | 27,917.85 | 27,305.03 | 69,606.41 | 193,273.79 | 57,249.86 | 94,239.85 | 93,618.06 | 5,301.16 | 82,755.75 | 193,262.91 | 29,907.18 | |

| | 55 | 56 | 57 | TOTAL |
|---|---|---|---|---|
| FPD | FPD | FPD | Fraud Ins | |
| | 10247717 | 10622561 | 9691817 | |
| | WADE | WARD | WILLIAMS | |
| | 5/23/2006 | 2/6/2007 | 5/30/2006 | |
| | 206,000.00 | 78,232.00 | 265,000.00 | |
| | 7.85% | 8.85% | 7.45% | |
| 08/29/05 | | | | |
| 05/01/05 | | | | |
| 05/01/05 | | 08/01/05 | 02/01/05 | |
| | 08/01/05 | 11/29/05 | 06/01/05 | |
| | $ 182,000.00 | $ 113,000.00 | $ 350,000.00 | $ 7,965,199.25 |
| | 4,697.10 | 3,287.84 | 8,572.60 | $ 226,427.34 |
| | 6,656.71 | 6,718.08 | 17,404.11 | $ 374,546.45 |
| | 7,753.20 | 4,619.44 | 13,335.00 | $ 269,341.49 |
| | 5,743.03 | 8,563.05 | 6,365.00 | $ 400,584.28 |
| | 206,850.04 | 78,232.00 | 225,767.45 | $ 5,270,590.92 |
| | 183,561.55 | | 169,909.26 | $ 3,827,918.03 |
| | 23,288.49 | 57,956.41 | 395,676.71 | $ 9,236,098.81 |
| | - | - | - | $ 136,188.41 |
| | - | - | 45,000.00 | $ 476,641.19 |
| | - | - | - | $ 106,999.70 |
| | 23,288.49 | 57,956.41 | 124,909.26 | $ 3,381,867.01 |