# EXHIBIT F

# CREVECOR MORTGAGE, INC.
## REPURCHASE/EXPOSURE
### 4/16/2007

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | 14965602 | 9940180 | 11463965 | 13326756 | 10936094 | 11464286 | 107655543 | 9687765 | 15387061 | 104022956 |
| BORROWER NAME | | ALLEN | BERRY | BLAINE | BOOTH | BRADFORD | BROWN | BROWN | BRUMBACH | BULLOCK | CARPENTER |
| Reason | | Fraud Insurance | Outstanding | Outstanding | Outstanding | Outstanding | Outstanding | Fraud Insurance | Outstanding | Outstanding | Outstanding |
| Due Demand Letter Sent | | Variance | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | Variance | First Payment Default | First Payment Default | First Payment Default |
| | | 3/8/2007 | 5/20/2005 | 1/30/2006 | 6/23/2006 | 10/18/2005 | 1/30/2006 | 11/30/2006 | 5/18/2005 | 11/29/2006 | 9/20/2005 |
| INTEREST RATE | | 9.71% | 8.49% | 9.00% | 8.35% | 9.00% | 9.20% | 9.60% | 7.99% | 10.09% | 8.60% |
| FIRST DUE DATE | | 09/01/06 | 03/01/05 | 10/01/05 | 04/01/06 | 08/01/05 | 11/01/05 | 08/01/05 | 03/01/05 | 10/01/06 | 07/01/05 |
| NEXT DUE DATE | | 09/01/06 | 03/01/05 | 05/01/06 | 03/01/07 | 01/01/06 | 05/01/07 | 04/01/07 | 02/01/07 | 10/01/06 | 07/01/05 |
| | | 12/30/06 | 06/29/05 | 08/29/06 | 06/29/07 | 05/01/06 | 08/29/07 | 07/30/07 | 06/01/07 | 01/29/07 | 10/29/05 |
| UPB | | $ 135,000.00 | $ 212,500.00 | $ 119,567.60 | $ 74,978.42 | $ 85,163.22 | $ 172,042.81 | $ 113,804.05 | $ 199,627.82 | $ 202,000.00 | $ 60,000.00 |
| Days Lapsed | | 258 | 804 | 380 | 74 | 501 | 15 | 46 | 105 | 227 | 684 |
| INTEREST @ NOTE RATE FIRST 120 DAYS | | 4,309.64 | 5,931.37 | 3,537.89 | 1,269.29 | 2,519.90 | 650.46 | 1,376.87 | 4,588.43 | 6,700.87 | 1,696.44 |
| INTEREST @ 5.00% AFTER 120 DAYS THROUGH 4/16/2007 | | 2,552.05 | 19,910.96 | 4,258.57 | - | 4,444.82 | - | - | 2,960.82 | 4,635.62 | |
| EXTENSION INTEREST | | | | | | | | | | | |
| PREMIUM | | 3,981.15 | 7,012.50 | 4,196.50 | 8.27 | 3,101.73 | 5,135.79 | 4,176.80 | 7,637.14 | 10,229.28 | 2,076.00 |
| CORP ADVANCES | | | | | | | | | | | |
| ESCROW ADVANCE | | | | | | | | | | | |
| TOTAL REPURCHASE PRICE | | $ 145,842.85 | $ 245,354.83 | $ 131,560.56 | $ 76,255.98 | $ 95,229.67 | $ 177,829.06 | $ 119,357.72 | $ 211,853.39 | $ 221,890.97 | $ 68,408.05 |
| ESTIMATED VALUE OF PROPERTY | | 77,000.00 | 222,000.00 | 120,500.00 | 94,000.00 | 78,000.00 | 135,000.00 | 110,000.00 | 211,000.00 | 170,000.00 | 19,000.00 |
| % OF BPO/APPRAISAL | | (69,300.00) | (199,800.00) | (108,450.00) | (84,600.00) | (70,200.00) | (121,500.00) | (99,000.00) | (189,900.00) | (153,000.00) | (17,100.00) |
| DATE OF BPO/APPRAISAL | | 12/28/2006 | 3/11/2007 | 8/1/2005 | 2/1/2006 | 12/15/2006 | 12/3/2006 | 2/9/2006 | 10/1/2004 | 1/25/2007 | 12/2/2006 |
| BPO/Appraisal Source | | BPO | BPO | Original Appraisal | Sale Price | BPO | BPO | Original Appraisal | | BPO | BPO |
| Senior Lien Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ESTIMATED EXPOSURE | | $ 76,542.85 | $ 45,554.83 | $ 23,110.56 | $ - | $ 25,029.67 | $ 56,329.06 | $ 20,357.72 | $ 21,953.39 | $ 68,890.97 | $ 51,308.05 |
| LOSS ANTICIPATED PBIS PAYOUT | | 45,000.00 | | | | | | 16,180.92 | | | |
| TOTAL ESTIMATED EXPOSURE | | $ 31,542.85 | $ 45,554.83 | $ 23,110.56 | $ - | $ 25,029.67 | $ 56,329.06 | $ 4,176.80 | $ 21,953.39 | $ 68,890.97 | $ 51,308.05 |

**TOTAL EXPOSURE/LOSS AMT DUE TO HSBC MS** $ 7,317,560.83

Case 1:07-cv-07444 Document 19-10 Filed 02/14/2008 Page 3 of 13

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11195328 | 11349107 | 10566610 | 15261316 | 10146934 | 12350542 | 11465382 | 10369577 | 10566651 | 9606542 | 14633812 | 13157672 | 10566826 |
| | CATES | CLIFTON | COOPER | COY | CRAIG | CREES | CRESPIN | CRINER | DALESSANDRO | DELANO | DILL | DOTSON | EDWARDS |
| | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default |
| | 12/28/2005 | 12/28/2005 | 9/20/2005 | 11/30/2006 | 6/22/2005 | 4/27/2006 | 1/30/2006 | 9/20/2005 | 9/20/2005 | 3/24/2005 | 10/23/2006 | 6/23/2006 | 9/20/2005 |
| | 8.60% | 8.25% | 8.25% | 5.37% | 9.80% | 9.90% | 7.24% | 8.30% | 9.35% | 11.85% | 8.99% | 4.85% | 9.35% |
| | 10/01/05 | 10/01/05 | 07/01/05 | 10/01/06 | 04/01/05 | 02/01/06 | 11/01/05 | 06/01/05 | 07/01/05 | 01/01/05 | 08/01/06 | 04/01/06 | 07/01/05 |
| | 09/01/06 | 10/01/05 | 10/01/05 | 05/01/07 | 01/01/06 | 01/01/07 | 11/01/05 | 03/01/07 | 07/01/06 | 04/01/07 | 10/01/06 | 05/01/07 | 04/01/07 |
| | 12/30/06 | 01/29/06 | 01/29/06 | 08/29/07 | 05/01/06 | 05/01/07 | 03/01/06 | 06/29/07 | 10/29/06 | 07/30/07 | 01/29/07 | 08/29/07 | 07/30/07 |
| | $ 136,895.37 | $ 130,000.00 | $ 67,869.02 | $ 157,606.63 | $ 60,738.10 | $ 82,072.52 | $ 459,000.00 | $ 138,414.62 | $ 123,708.13 | $ 116,523.16 | $ 72,919.78 | $ 27,847.35 | $ 100,293.98 |
| | 258 | 592 | 592 | 15 | 501 | 136 | 562 | 74 | 319 | 46 | 227 | 15 | 46 |
| | 3,870.58 | 3,526.03 | 1,840.83 | 347.55 | 1,956.93 | 2,671.29 | 10,925.46 | 2,329.16 | 3,802.75 | 1,740.19 | 2,155.23 | 55.55 | 1,181.82 |
| | 2,587.89 | 8,405.48 | 4,388.24 | 3,170.03 | 179.88 | 27,791.51 | | 3,372.32 | | 1,068.82 | | | |
| | 4,515.10 | 4,334.20 | 2,703.00 | 10,026.68 | 2,066.07 | 2,008.88 | 13,770.00 | 4,546.75 | 4,948.87 | 3,722.83 | 1,357.80 | | 4,078.35 |
| | $ 147,868.93 | $ 146,265.71 | $ 76,801.09 | $ 167,980.86 | $ 67,931.13 | $ 86,932.58 | $ 511,486.96 | $ 145,290.53 | $ 135,832.07 | $ 121,986.18 | $ 77,501.63 | $ 27,902.90 | $ 105,554.15 |
| BPO | | Sale Price | BPO | Sale Price | BPO | Sale Price | BPO | Sale Price | BPO | Sale Price | BPO | Sale Price | BPO |
| 4/10/2007 | | 1/22/2007 | 7/1/2006 | 2/25/2007 | 8/1/2005 | 2/14/2007 | 3/1/2005 | 4/1/2005 | 8/30/2006 | 4/1/2006 | 12/18/2006 | 4/1/2005 |
| (123,750.00) | (117,000.00) | (37,800.00) | (142,200.00) | (34,650.00) | (74,250.00) | (427,500.00) | (125,910.00) | (112,050.00) | (108,000.00) | (65,700.00) | (125,100.00) | (92,340.00) |
| 137,500.00 | 130,000.00 | 42,000.00 | 158,000.00 | 38,500.00 | 82,500.00 | 475,000.00 | 139,900.00 | 124,500.00 | 120,000.00 | 73,000.00 | 139,000.00 | 102,600.00 |
| 24,118.93 | 29,265.71 | 39,001.09 | 25,780.86 | 33,281.13 | 12,682.58 | 83,986.96 | 19,380.53 | 23,782.07 | 13,986.18 | 11,801.63 | 16,401.00 | 13,214.15 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 113,598 | 0 |
| $ 24,118.93 | $ 29,265.71 | $ 39,001.09 | $ 25,780.86 | $ 33,281.13 | $ 12,682.58 | $ 83,986.96 | $ 19,380.53 | $ 23,782.07 | $ 13,986.18 | $ 11,801.63 | $ 16,401.00 | $ 13,214.15 |

| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan # | 10205698 | 9943754 | 10566974 | 12714515 | 13158571 | 14633903 | 12351185 | 11463403 | 10403343 | 12998829 | 11349388 | 11065265 |
| Name | ESTRADA | FISCHER | FLAHERTY | FLUKER | FREEMAN | GRAY | GRAY | GRIGGS | HAMMOND | HARRIS | HART | HEBERT |
| Type | ID Fraud | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | Variance | First Payment Default | Variance |
| Date | 3/22/2006 | 6/22/2005 | 9/20/2005 | 5/30/2006 | 5/30/2006 | 10/24/2006 | 3/21/2006 | 1/30/2006 | 8/19/2005 | 9/15/2006 | 12/28/2005 | 10/11/2006 |
| Rate | 9.80% | 10.00% | 9.85% | 8.63% | 8.95% | 9.99% | 10.55% | 8.40% | 9.10% | 9.95% | 9.10% | 9.80% |
| Date | 05/01/05 | 04/01/05 | 07/01/05 | 03/01/06 | 03/01/06 | 08/01/06 | 01/01/06 | 10/01/05 | 06/01/05 | 03/01/06 | 10/01/05 | 09/01/05 |
| Date | 12/01/06 | 05/01/07 | 07/01/07 | 10/01/06 | 04/01/06 | 02/01/07 | 01/01/07 | 06/01/06 | 03/01/06 | 04/01/07 | 05/01/07 | 06/01/07 |
| Date | 03/31/07 | 08/29/07 | 10/29/05 | 01/29/07 | 07/30/06 | 06/01/07 | 05/01/06 | 09/29/06 | 07/30/07 | 07/30/07 | 08/29/06 | 09/29/07 |
| Amount | $ 81,814.17 | $ 101,289.22 | $ 142,500.00 | $ 297,599.55 | $ 255,000.00 | $ 84,769.13 | $ 33,450.00 | $ 196,946.39 | $ 69,553.07 | $ 87,428.91 | $ 106,768.41 | $ 111,447.58 |
| # | 166 | 15 | 684 | 227 | 411 | 105 | 501 | 350 | 439 | 46 | 380 | (15) |
| Amount | 2,635.99 | 416.26 | 4,614.66 | 8,438.78 | 7,503.29 | 2,436.13 | 1,160.21 | 5,438.96 | 2,080.88 | 1,096.33 | 3,194.28 | (448.84) |
| Amount | 515.54 | - | 11,009.59 | 4,362.08 | 10,165.07 | - | 1,745.82 | 6,205.16 | 3,039.37 | - | 3,802.71 | - |
| Amount | 2,344.90 | 3,415.50 | 5,664.37 | 8,745.00 | 6,760.05 | 1,581.00 | - | 6,928.25 | 2,359.13 | 2,493.92 | 3,567.38 | 6,690.00 |
| Outstanding | $ 87,310.60 | $ 105,120.98 | $ 163,788.62 | $ 319,145.41 | $ 279,428.41 | $ 88,786.26 | $ 36,356.03 | $ 215,518.76 | $ 77,032.45 | $ 91,019.16 | $ 117,332.78 | $ 117,688.74 |
| Type | BPO | BPO | Sale Price | BPO | Sale Price | Sale Price | Original Appraisal | BPO | BPO | Sale Price | BPO | Sale Price |
| Date | 3/21/2007 | 11/19/2006 | 4/1/2005 | 3/8/2007 | 11/1/2005 | 6/1/2006 | 10/1/2005 | 2/22/2007 | 3/21/2007 | 12/1/2005 | 1/9/2007 | 6/1/2005 |
| Amount | (67,500.00) | (80,100.00) | (128,250.00) | (319,500.00) | (229,500.00) | (76,500.00) | (200,700.00) | (175,500.00) | (61,200.00) | (79,200.00) | (85,500.00) | (100,350.00) |
| Amount | 75,000.00 | 89,000.00 | 142,500.00 | 355,000.00 | 255,000.00 | 85,000.00 | 223,000.00 | 195,000.00 | 68,000.00 | 88,000.00 | 95,000.00 | 111,500.00 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 181,024 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fraud | 19,810.60 | 25,020.98 | 35,538.62 | - | 49,928.41 | 12,286.26 | 16,680.09 | 40,018.76 | 15,832.45 | 11,819.16 | 31,832.78 | 17,338.74 |
| Insurance | 17,465.70 | 25,020.98 | 35,538.62 | 38,239.95 | 11,688.46 | 12,286.26 | 16,680.09 | 40,018.76 | 15,832.45 | 9,325.24 | 31,832.78 | 10,648.74 |
| Outstanding | 2,344.90 | - | - | - | - | - | - | - | - | 2,493.92 | - | 6,690.00 |

| | 36 | | 37 | | 38 | | 39 | | 40 | | 41 | | 42 | | 43 | | 44 | | 45 | | 46 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15261449 | | 6727747 | | 11065281 | | 11065380 | | 15165228 | | 9944455 | | 11676806 | | 15506686 | | 15506694 | | 14633978 | | 12351482 | | 10935559 |
| | HNLEY | | HENRY | | HENSLEY | | HOOT | | HORNE | | HOUSTON | | HOWE | | ILLY | | IVERSON | | JACKSON | | JACKSON | | JOHNSON |
| | First Payment Default | | Other | | First Payment Default | | First Payment Default | | First Payment Default | | Variance | | First Payment Default | | First Payment Default | | First Payment Default | | Variance | | First Payment Default | | First Payment Default |
| | 11/28/2006 | | 7/26/2006 | | 11/29/2005 | | 12/28/2005 | | 11/1/2006 | | 4/17/2006 | | 2/3/2006 | | 12/21/2006 | | 12/21/2006 | | 4/18/2007 | | 3/21/2006 | | 12/28/2005 |
| | 8.75% | | 9.85% | | 9.70% | | 8.80% | | 10.11% | | 10.80% | | 9.40% | | 9.63% | | 9.60% | | 9.27% | | 10.45% | | 8.35% |
| | 10/01/06 | | 12/01/02 | | 09/01/05 | | 09/01/05 | | 09/01/06 | | 04/01/05 | | 11/01/05 | | 11/01/06 | | 11/01/06 | | 08/01/06 | | 01/01/06 | | 09/01/05 |
| | 11/01/06 | | 10/01/05 | | 09/01/05 | | 11/01/05 | | 05/01/07 | | 04/01/07 | | 05/01/06 | | 12/01/06 | | 08/01/06 | | 08/01/06 | | 06/01/06 | | 12/01/05 |
| | 03/01/07 | | 01/29/06 | | 12/30/05 | | 03/01/06 | | 08/29/07 | | 07/30/07 | | 08/29/06 | | 03/31/07 | | 11/29/06 | | 11/29/06 | | 09/29/06 | | 03/31/06 |
| $ | 235,945.71 | $ | 264,400.83 | $ | 69,000.00 | $ | 79,908.56 | $ | 56,767.81 | $ | 102,284.65 | $ | 188,959.53 | $ | 156,924.39 | $ | 100,000.00 | $ | 49,877.84 | $ | 219,135.63 |
| | 197 | | 592 | | 623 | | 562 | | 15 | | 46 | | 380 | | 166 | | 166 | | 289 | | 350 | | 531 |
| | 6,787.48 | | 8,562.24 | | 2,200.44 | | 2,311.88 | | 331.20 | | 772.66 | | 3,161.02 | | 5,982.51 | | 4,952.79 | | 3,047.67 | | 1,713.61 | | 6,015.72 |
| | 2,488.74 | | 17,095.51 | | 4,754.38 | | 4,838.30 | | - | | - | | 3,643.01 | | 1,190.70 | | 988.84 | | 2,315.07 | | 1,571.49 | | 12,337.64 |
| | 7,341.96 | | 15,900.00 | | 2,199.72 | | 2,550.40 | | 2,504.00 | | 2,052.59 | | 2,304.40 | | 7,590.36 | | 4,675.46 | | 1,860.00 | | - | | 8,386.81 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | Sale Price | | Sale Price | | Original Appraisal | | BPO | | BPO | | BPO | | BPO | | BPO |
| | 5/1/2006 | | 1/23/2007 | | 3/14/2007 | | 12/21/2006 | | 7/1/2006 | | 1/1/2005 | | 9/1/2005 | | 3/14/2007 | | 3/14/2007 | | 11/17/2006 | | 9/12/2006 | | 2/8/2007 |
| | (212,400.00) | | (211,500.00) | | (49,500.00) | | (60,210.00) | | (72,000.00) | | (52,195.50) | | (97,200.00) | | (171,000.00) | | (123,750.00) | | (73,800.00) | | (220,500.00) | | (188,100.00) |
| | 236,000.00 | | 235,000.00 | | 55,000.00 | | 66,900.00 | | 80,000.00 | | 57,995.00 | | 108,000.00 | | 190,000.00 | | 137,500.00 | | 82,000.00 | | 245,000.00 | | 209,000.00 |
| | Sale Price | | BPO | | BPO | | BPO | | Sale Price | | Sale Price | | | | | | | | | | | | 204,053 |
| | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| $ | 252,563.89 | $ | 305,958.58 | $ | 78,154.54 | $ | 89,609.13 | $ | 82,550.36 | $ | 59,593.06 | $ | 111,393.08 | $ | 203,723.10 | $ | 167,541.48 | $ | 107,222.74 | $ | 53,162.94 | $ | 245,875.80 |
| $ | 40,163.89 | $ | 94,458.58 | $ | 28,654.54 | $ | 29,399.13 | $ | 10,550.36 | $ | 7,397.56 | $ | 14,193.08 | $ | 32,723.10 | $ | 43,791.48 | $ | 33,422.74 | $ | 36,716.26 | $ | 57,775.80 |
| $ | 40,163.89 | $ | 94,458.58 | $ | 28,654.54 | $ | 29,399.13 | $ | 10,550.36 | $ | 5,344.97 | $ | 14,193.08 | $ | 32,723.10 | $ | 43,791.48 | $ | 33,422.74 | $ | 36,716.26 | $ | 57,775.80 |

| | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14634000 | 11352580 | 10370146 | 11194446 | 15262355 | 10767200 | 9607748 | 12355178 | 11677077 | 10767390 | 10206068 | 10484350 |
| | JOHNSON | JONES | KIPER | LAFOREST | LANE | LATHON | LAWSON | LEIDECKER | LYS | MANGLONA | MARSHALL | MARTIN |
| | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | First Payment Default | Variance | First Payment Default | First Payment Default | First Payment Default |
| | 10/23/2006 | 1/30/2006 | 8/19/2005 | 12/28/2005 | 11/28/2006 | 10/18/2005 | 3/24/2005 | 4/27/2006 | 11/30/2006 | 10/18/2005 | 6/22/2005 | 9/20/2005 |
| | 9.50% | 9.49% | 9.90% | 7.60% | 9.99% | 9.35% | 10.80% | 8.95% | 8.50% | 7.25% | 8.60% | 10.00% |
| | 08/01/06 | 09/01/05 | 06/01/05 | 10/01/05 | 10/01/06 | 08/01/05 | 01/01/05 | 02/01/06 | 12/01/05 | 08/01/05 | 04/01/05 | 07/01/05 |
| | 08/01/06 | 04/01/07 | 06/01/05 | 10/01/05 | 11/01/06 | 05/01/06 | 04/01/07 | 02/01/06 | 04/01/07 | 05/01/07 | 01/01/07 | 01/01/07 |
| | 11/29/06 | 07/30/07 | 09/29/05 | 01/29/06 | 03/01/07 | 08/29/06 | 07/30/07 | 06/01/06 | 07/30/07 | 08/29/07 | 05/01/07 | 05/01/07 |
| | $ 99,877.50 | $ 74,740.35 | $ 82,900.00 | $ 180,000.00 | $ 379,831.54 | $ 170,014.32 | $ 49,581.81 | $ 405,000.00 | $ 194,727.73 | $ 215,922.95 | $ 132,891.56 | $ 82,041.36 |
| | 289 | 46 | 715 | 592 | 197 | 380 | 46 | 470 | 46 | 15 | 136 | 136 |
| | 3,119.46 | 893.89 | 2,698.22 | 4,497.53 | 12,475.12 | 5,226.19 | 674.86 | 11,916.99 | 2,085.99 | 643.26 | 3,757.37 | 2,697.25 |
| | 2,312.23 | - | 6,756.92 | 11,638.36 | 4,006.44 | 6,055.30 | - | 19,417.81 | - | - | 291.27 | 179.82 |
| | 1,860.00 | 1,538.69 | 2,694.25 | 6,120.00 | 11,890.20 | 5,130.00 | 1,593.00 | 8,849.25 | 4,395.42 | 7,881.44 | 3,800.25 | 2,681.25 |
| | 100,000.00 | 75,500.00 | 61,000.00 | 125,900.00 | 348,300.00 | 190,000.00 | 50,000.00 | 439,900.00 | 206,000.00 | 217,000.00 | 135,000.00 | 150,000.00 |
| | (90,000.00) | (67,950.00) | (54,900.00) | (113,310.00) | (313,470.00) | (171,000.00) | (45,000.00) | (395,910.00) | (185,400.00) | (195,300.00) | (121,500.00) | (135,000.00) |
| | 5/1/2006 | 7/1/2005 | 4/12/2007 | 3/1/2007 | 4/4/2007 | 6/1/2005 | 10/1/2004 | 7/20/2006 | 9/1/2005 | 5/1/2005 | 12/1/2004 | 3/1/2005 |
| | Sale Price | Sale Price | BPO | BPO | BPO | Original Appraisal | Sale Price | BPO | Original Appraisal | Original Appraisal | Sale Price | Original Appraisal |
| | 0 | 0 | 0 | 182,948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $ 17,169.19 | $ 9,222.93 | $ 40,149.39 | $ 202,255.89 | $ 94,733.31 | $ 15,425.82 | $ 6,849.67 | $ 49,274.04 | $ 15,809.14 | $ 29,147.65 | $ 19,240.45 | $ - |
| | | | | | | | | | $ 11,413.72 | | | |
| | $ 17,169.19 | $ 9,222.93 | $ 40,149.39 | $ 202,255.89 | $ 94,733.31 | $ 15,425.82 | $ 6,849.67 | $ 49,274.04 | $ 4,395.42 | $ 29,147.65 | $ 19,240.45 | $ - |
| | Outstanding | Outstanding | Outstanding | Outstanding | Outstanding | Outstanding | Outstanding | Fraud Insurance | Outstanding | Outstanding | Outstanding | Outstanding |

| | 59 |
|---|---|

| # | Name | Loan # | Type | Date | Amount | Rate | Payments | Pmt Dates | Pmt Amounts | Appraisal | Variance | Outstanding |
|---|------|--------|------|------|--------|------|----------|-----------|-------------|-----------|----------|-------------|
| 60 | MASON | 11463643 | Other | 3/22/2006 | | 7.99% | 531 | 10/01/05, 12/01/05, 03/31/06 | 3,414.90; 7,319.18; 3,575.00 | 130,000.00 / 169,916.21 | (99,900.00) 4/3/2007 BPO | 44,409.08 |
| 61 | MILLER | 15604887 | First Payment Default | 12/21/2006 | 111,000.00 | 9.49% | 166 | 11/01/06, 12/01/06, 03/31/07 | 5,301.39; 1,070.70; 4,692.00 | 157,000.00 / 99,803.89 | (141,300.00) 3/28/2007 BPO | 39,680.30 |
| 62 | MINADEO | 10075646 | First Payment Default | 6/22/2005 | 144,000.00 | 9.80% | 380 | 04/01/05, 05/01/06, 08/29/06 | 3,215.60; 3,554.66; 2,167.20 | 670,000.00 / 99,803.89 * | (129,600.00) 2/1/2005 Original Appraisal | 118,210.58 |
| 63 | MONTECINO | 14300537 | First Payment Default | 10/2/2006 | 670,000.00 | 9.05% | 319 | 07/01/06, 07/01/06, 01/29/07 | 19,934.79; 18,264.38; 13,011.40 | 150,000.00 / 149,924.17 | (603,000.00) 4/1/2006 Original Appraisal | 29,240.17 |
| 64 | MOORE | 15261605 | First Payment Default | 11/1/2006 | 150,000.00 | 9.37% | 227 | 09/01/06, 10/01/06, 01/29/07 | 4,618.49; 2,197.52; 1,398.28 | 52,000.00 / 149,924.17 | (135,000.00) 6/1/2006 Sale Price | 9,876.13 |
| 65 | MULLHOLAND | 14115760 | First Payment Default | 8/28/2006 | 52,000.00 | 9.59% | 350 | 06/01/06, 06/01/06, 09/29/06 | 1,639.50; 1,638.36; 2,972.55 | 60,000.00 / 105,000.00 | (46,800.00) 4/1/2006 Sale Price | 59,938.28 |
| 66 | MULLINS | 14460281 | First Payment Default | 10/2/2006 | 60,000.00 | 8.99% | 319 | 07/01/06, 07/01/06, 10/29/06 | 3,103.40; 2,862.33; 2,550.40 | 80,000.00 / 79,170.43 | (54,000.00) 10/22/2006 BPO | 10,030.57 |
| 67 | NAVE | 11066156 | First Payment Default | 11/29/2005 | 80,000.00 | 9.52% | 15 | 09/01/05, 05/01/07, 08/29/07 | 309.74; –; 6,972.21 | 147,000.00 / 147,000.00 | (72,000.00) 7/1/2005 Sale Price | 28,340.77 |
| 68 | NELSON | 15605389 | First Payment Default | 12/21/2006 | 147,000.00 | 10.59% | 197 | 11/01/06, 11/01/06, 03/01/07 | 5,118.02; 1,550.55; 4,399.71 | 129,900.00 / 128,038.10 | (132,300.00) 7/1/2006 Sale Price | 17,301.19 |
| 69 | NEWKIRK | 10145829 | First Payment Default | 6/22/2005 | 129,900.00 | 10.99% | 46 | 04/01/05, 04/01/07, 07/30/07 | 1,773.38; –; 8,410.50 | 350,000.00 / 450,000.00 | (116,910.00) 2/1/2005 BPO | 126,628.58 |
| 70 | NIKOLLBIBAJ | 14300552 | Variance | 4/18/2007 | 350,000.00 | 9.49% | 350 | 06/01/06, 06/01/06, 08/29/06 | 14,040.00; 14,178.08; 2,488.94 | 115,700.00 / 92,001.11 | (315,000.00) 3/22/2007 BPO | 45,000.00 |
| 71 | OSTRANDER | 14115810 | Variance | 11/30/2006 | 115,700.00 | 9.16% | 15 | – | 346.33; –; – | – / – | (104,130.00) 4/1/2006 Sale Price | – |

| # | Loan # | Name | Type | Date | Rate | Pmt 1 | Pmt 2 | Pmt 3 | Pmt 4 | Balance | Days | Amt A | Amt B | Amt C | Amt D | Subtotal | Adjustment | Gross | Val Date | Val Type | Value | Col A | Col B | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 9007972 | PCE | First Payment Default | 12/27/2004 | 10.00% | 10/01/04 | 04/01/06 | 07/30/06 | 08/29/07 | $ 65,184.32 | 411 | 2,143.05 | 2,598.44 | 3,630.00 | 13,710.30 | $ 73,555.81 | (59,400.00) | 66,000.00 | 7/1/2004 | Sale Price | 0 | $ 14,155.81 | $ 14,155.81 | $ 14,155.81 |
| 73 | 15605421 | PARIS | First Payment Default | 12/21/2006 | 9.70% | 11/01/06 | 05/01/07 | 06/01/07 | 08/29/07 | $ 229,336.00 | 15 | 914.20 | - | 1,959.72 | - | $ 243,960.50 | (207,000.00) | 230,000.00 | 8/1/2006 | Original Appraisal | 0 | $ 36,960.50 | $ 36,960.50 | $ 36,960.50 |
| 74 | 11677515 | POWELL | First Payment Default | 2/3/2006 | 9.10% | 11/01/05 | 02/01/07 | 06/01/07 | 07/30/06 | $ 74,860.95 | 105 | 1,695.73 | - | 2,123.90 | 1,970.63 | $ 78,516.40 | (58,500.00) | 65,000.00 | 1/4/2007 | BPO | 0 | $ 20,016.40 | $ 20,016.40 | $ 20,016.40 |
| 75 | 7484496 | PREWITT | Variance | 8/28/2003 | 11.25% | 09/01/03 | 04/01/06 | 07/30/06 |  | $ 53,280.09 | 411 | 1,859.62 | 2,551.59 | 3,018.60 | 4,215.66 | $ 59,234.25 | (19,800.00) | 22,000.00 | 3/6/2007 | BPO | 0 | $ 39,434.25 | $ 39,434.25 | $ 39,434.25 |
| 76 | 14965354 | RASMUSSEN | First Payment Default | 11/29/2006 | 9.50% | 08/01/06 | 09/01/06 | 12/30/06 |  | $ 134,975.17 | 258 |  | - | 5,154.02 | 5,526.97 | $ 144,761.02 | (117,900.00) | 131,000.00 | 11/23/2006 | BPO | 0 | $ 26,861.02 | $ 26,861.02 | $ 26,861.02 |
| 77 | 13557731 | RODRIGUEZ | First Payment Default | 6/23/2006 | 7.90% | 04/01/06 | 05/01/06 | 07/30/06 | 08/29/06 | $ 212,800.00 | 411 | 8,482.85 | 5,301.06 | 3,924.54 | 5,631.23 | $ 231,963.84 | (239,400.00) | 266,000.00 | 1/1/2006 | Sale Price | 0 |  | $ 7,265.58 | $ 45,723.95 |
| 78 | 11348653 | ROJAS | Variance | 4/18/2007 | 7.55% | 10/01/05 | 05/01/06 | 08/29/06 | 03/01/07 | $ 158,107.69 | 380 | 9,155.47 | 1,778.81 | 5,649.67 | 5,649.67 | $ 172,964.52 | (126,000.00) | 140,000.00 | 4/11/2007 | BPO | 0 | $ 46,964.52 | $ 45,723.95 | $ 45,723.95 |
| 79 | 15506256 | SHEUE | First Payment Default | 2/5/2007 | 10.19% | 11/01/06 | 01/01/07 | 03/01/07 | 05/01/07 | $ 168,640.00 | 197 | 6,632.98 | 266.08 | 4,146.90 |  | $ 185,223.95 | (139,500.00) | 155,000.00 | 2/24/2007 | BPO | 0 | $ 3,746.30 | $ 3,746.30 | $ 3,746.30 |
| 80 | 15262769 | SHOULDERS | First Payment Default | 11/29/2006 | 10.39% | 10/01/06 | 01/01/07 | 05/01/07 | 09/29/07 | $ 121,400.33 | 136 |  | - | (130.63) | 2,366.93 | $ 132,446.30 | (128,700.00) | 143,000.00 | 6/1/2006 | Original Appraisal | 0 | $ 13,638.07 | $ 13,638.07 | $ 13,638.07 |
| 81 | 11677861 | SIMON | First Payment Default | 2/3/2006 | 10.75% | 11/01/05 | 01/01/07 | 09/29/07 |  | $ 29,568.70 | (15) | 2,504.00 | 1,169.91 | 2,222.98 |  | $ 29,438.07 | (135,000.00) | 150,000.00 | 1/21/2006 | BPO | 119,200 | $ 42,656.91 | $ 40,152.91 | $ 2,504.00 |
| 82 | 15166408 | SIMS | Variance | 2/6/2007 | 9.02% | 09/01/06 | 10/01/06 | 01/29/07 |  | $ 79,816.07 | 227 | 2,261.16 | 1,169.91 | 2,366.93 | 2,222.98 | $ 85,856.91 | (43,200.00) | 48,000.00 | 1/25/2007 | BPO | 0 | $ 42,656.91 | $ 40,152.91 | $ 2,504.00 |
| 83 | 14460398 | SPARKS | First Payment Default | 8/28/2006 | 9.59% | 06/01/06 | 02/01/07 | 06/01/07 | 01/29/07 | $ 80,578.77 | 105 |  | - | 1,169.91 | 2,222.98 | $ 85,062.91 | (72,810.00) | 80,900.00 | 4/1/2006 | Sale Price | 0 | $ 12,252.91 | $ 12,252.91 | $ 12,252.91 |

| # | Loan # | Borrower | Category | Date | Rate | Pmt Date 1 | Amt 1 | Pmt Date 2 | Amt 2 | Pmt Date 3 | Amt 3 | Days | Orig Amt | Valuation Type | Val Date | Adjustment | Amount | Subtotal | Amount | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | 15366865 | SPRAGUE | Fraud | | | | | | | | | | | | | | | | | |
| | | | First Payment Default | 12/21/2006 | 9.37% | 09/01/06 | 9.92% | 11/01/06 | | 03/01/07 | | 197 | $105,000.00 | BPO | 2/23/2007 | $(75,150.00) | $83,500.00 | $111,789.66 | $66,416.19 | $36,639.66 |
| | | | | | | 1,107.53 | | 2,447.55 | | 3,234.58 | | | $61,943.97 | | | | | | | |
| 85 | 14966279 | SPURLOCK | Fraud | Variance | 2/6/2007 | | | | | | | | | | | | | | | |
| | | | | | | 653.38 | | 1,798.62 | | 2,020.22 | | 197 | $128,906.72 | BPO | 2/22/2007 | $(20,700.00) | $23,000.00 | $143,162.75 | | $45,716.19 |
| 86 | 9795626 | TATUM | Fraud | Variance | 4/17/2006 | 7.99% | 03/01/05 | | 02/01/06 | | 06/01/06 | 470 | $448,344.72 | Sale Price | 12/1/2004 | $(116,910.00) | $129,900.00 | $481,822.76 | | $43,201.38 |
| | | | | | | 6,180.46 | | 4,689.39 | | 3,386.19 | | | | | | | | | | 21,563.36 |
| 87 | 15262843 | THOMAS | Fraud | Variance | 4/18/2007 | 9.59% | 10/01/06 | | 01/01/07 | | 05/01/07 | 136 | $45,806.00 | Sale Price | 7/1/2006 | $(404,100.00) | $449,000.00 | $46,342.87 | | $45,000.00 |
| | | | | | | 982.67 | | 18,359.61 | | 14,135.76 | | | | | | | | | | |
| 88 | 14965487 | TILLERY | Outstanding | First Payment Default | 10/24/2006 | 9.30% | 08/01/06 | | 04/01/07 | | 07/30/07 | 46 | $240,000.00 | BPO | 12/2/2006 | $(207,000.00) | $230,000.00 | $265,613.65 | | $77,722.76 |
| | | | | | | 10,487.67 | | 6,801.60 | | 536.87 | | | | | | | | | | 25,976.03 |
| 89 | 13000534 | VANSTRATEN | Outstanding | First Payment Default | 5/30/2006 | 10.55% | 03/01/06 | | 03/01/06 | | 06/01/06 | 439 | $493,318.00 | BPO | 11/3/2006 | $(201,600.00) | $224,000.00 | $564,432.56 | | $25,976.03 |
| | | | | | | 38,113.88 | | 17,917.31 | | 15,083.37 | | | | | | | | | | 64,013.65 |
| 90 | 10768802 | WASHINGTON | Outstanding | First Payment Default | 10/18/2005 | 9.30% | 07/01/05 | | 07/01/05 | | 10/29/05 | 684 | $157,633.86 | Sale Price | 5/1/2005 | $(360,000.00) | $400,000.00 | $177,525.61 | | $204,432.56 |
| | | | | | | 9,544.41 | | 5,734.93 | | 4,612.41 | | | | | | | | | | 35,415.61 |
| 91 | 10768844 | WELCH | Outstanding | First Payment Default | 10/18/2005 | 8.90% | 08/01/05 | | 11/01/05 | | 03/01/06 | 562 | $50,943.00 | Original Appraisal | 8/1/2006 | $(142,110.00) | $157,900.00 | $54,717.44 | | $35,415.61 |
| | | | | | | - | | 2,185.86 | | 1,588.58 | | 105 | | | | $(45,900.00) | $51,000.00 | | | 8,817.44 |
| 92 | 15507064 | WELLS | Outstanding | First Payment Default | 12/21/2006 | 10.84% | 11/01/06 | | 02/01/07 | | 06/01/07 | 46 | $182,998.17 | Sale Price | 7/1/2005 | $(186,300.00) | $207,000.00 | $190,870.39 | | $4,570.39 |
| | | | | | | - | | 5,589.00 | | 2,283.22 | | | | | | | | | | |
| 93 | 11466745 | WILSON | Outstanding | First Payment Default | 1/30/2006 | 9.90% | 10/01/05 | | 04/01/07 | | 07/30/07 | 289 | $598,000.00 | BPO | 11/24/2006 | $(535,410.00) | $594,900.00 | $642,142.72 | | $106,732.72 |
| | | | | | | 13,844.11 | | 12,211.16 | | 18,087.45 | | | | | | | | | | |
| 94 | 14634620 | WILSON | Outstanding | First Payment Default | 11/28/2006 | 9.20% | 08/01/06 | | 03/01/07 | | 06/29/07 | 74 | $21,411.01 | BPO | 8/1/2006 | $(97,110.00) | $107,900.00 | $21,949.41 | | $11,139.41 |
| | | | | | | - | | 71.76 | | 466.64 | | | | | | | | | | |
| 95 | 11794955 | WITTENMYER | Outstanding | First Payment Default | 2/2/2006 | 10.75% | 11/01/05 | | 03/01/07 | | 06/29/07 | | | Sale Price | | | | | | 86,300 |

| # | Loan | Borrower | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 14678372 | YATES | | | | | | | Outstanding Fraud Insurance |
| | | | First Payment Default | Variance | | | | | |
| | | | 2/3/2006 | 4/12/2007 | | | | | |
| | | | 8.55% | 8.45% | | | | | |
| | | | 11/01/05 | 10/01/06 | | | | | |
| | | | 04/01/06 | 05/01/07 | | | | | |
| | | | 07/30/06 | 08/29/07 | $147,749.30 | $119,467.47 | | | |
| | | | | | 411 | 15 | | | |
| | | | | | 4,153.17 | 414.86 | | | |
| | | | | | 5,889.73 | - | | | |
| | | | | | 3,328.57 | 3,147.60 | | | |
| | | | | | 161,120.77 | 123,029.93 | | | |
| | | | BPO | Sale Price | 130,000.00 | 120,000.00 | | | |
| | | | 4/12/2007 | 6/1/2006 | (117,000.00) | (108,000.00) | | | |
| | | | | | 44,120.77 | 15,029.93 | | | |
| | | | | | 44,120.77 | 11,882.33 | | | |
| | | | | | 0 | 0 | | | |
| | | | | | 44,120.77 | 3,147.60 | | | |
| 97 | 15506348 | YOTT | | | | | | | |

| # | Loan | | Borrower | | | | Total | |
|---|---|---|---|---|---|---|---|---|
| 98 | 14114680 | 1ST | AGYEWIAAH | | 99 | 14114698 2ND AGYEWIAAH | 11351863 | |
| | | | Variance | | | | Variance | |
| | | | 4/12/2007 | | | | 4/12/2007 | |
| | | | 8.410% | | | | 11.000% | |
| | | | 06/01/06 | | | | 06/01/06 | |
| | | | 10/01/06 | | | | 10/01/06 | |
| | | | 01/29/07 | $131,670.72 | | | 01/29/07 | $32,952.26 | $164,622.98 |
| | | | | 227 | | | | 227 |
| | | | | $3,640.61 | | | | $1,191.70 |
| | | | | $1,929.97 | | | | $483.00 |
| | | | | $3,549.48 | | | | $0.00 |
| | | | | $140,790.77 | | | | $34,626.96 | $175,417.73 |
| | | | Sale Price | $165,000.00 | | | Sale Price | $165,000.00 | $165,000.00 |
| | | | 3/1/2006 | $ (148,500.00) | | | 3/1/2006 | $ (148,500.00) | $ (148,500.00) |
| | | | | $26,917.73 | | | | | $26,917.73 |

| # | Loan | | Borrower | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 100 | 11351863 | 1ST | BIRD | | 101 | 11351871 2ND BIRD | | |
| | | | First Payment Default | | | First Payment Default | | |
| | | | 1/30/2006 | | | 1/30/2006 | | |
| | | | 7.200% | | | 10.850% | | |
| | | | 11/01/05 | | | 11/01/05 | | |
| | | | 11/01/05 | | | 11/01/05 | | |
| | | | 03/01/06 | $194,000.00 | | 03/01/06 | $48,500.00 | $242,500.00 |
| | | | | 562 | | | 562 | |
| | | | | $4,592.22 | | | $1,730.05 | |
| | | | | $11,746.30 | | | $2,936.58 | |
| | | | | $5,940.28 | | | $0.00 | |
| | | | | $216,278.80 | | | $53,166.63 | $269,445.43 |
| | | | BPO | $200,000.00 | | BPO | $200,000.00 | $200,000.00 |
| | | | 4/7/2007 | $ (180,000.00) | | 4/7/2007 | $ (180,000.00) | $ (180,000.00) |
| | | | | $89,445.43 | | | | $89,445.43 |

| # | Loan | | Borrower | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 102 | 13326830 | 1ST | CORLEY | | 103 | 13326848 2ND CORLEY | | |
| | | | Variance | | | Variance | | |
| | | | 8/23/2006 | | | 8/23/2006 | | |
| | | | 8.550% | | | 8.720% | | |
| | | | 04/01/06 | | | 04/01/06 | | |
| | | | 04/01/07 | | | 04/01/07 | | |
| | | | 07/30/07 | $182,622.89 | | 07/30/07 | $45,667.30 | $228,290.19 |
| | | | | 46 | | | 46 | |
| | | | | $1,967.82 | | | $501.86 | |
| | | | | $0.00 | | | $0.00 | |
| | | | | $5,124.40 | | | $0.00 | |
| | | | | $189,715.11 | | | $46,169.16 | $235,884.28 |
| | | | Sale Price | $230,000.00 | | Sale Price | $230,000.00 | $230,000.00 |
| | | | 2/1/2006 | $ (207,000.00) | | 2/1/2006 | $ (207,000.00) | $ (207,000.00) |
| | | | | $28,884.28 | | | | $28,884.28 |

| | 104 Outstanding | | 105 Outstanding | | | 106 Outstanding | | 107 Outstanding | | | 108 Indemnification | | 109 | | | 110 Fraud Insurance Outstanding | | 111 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1ST | | 2ND | | | 1ST | | 2ND | | | 1ST | | 2ND | | | 1ST | | 2ND | |
| | 11352366 | | 11352374 | | Total | 11067873 | | 11067881 | | Total | 8963498 | | 8963472 | | Total | 11676780 | | 11676798 | Total |
| | GASSER | | GASSER | | | GOODER | | GOODER | | | HAGNER | | HAGNER | | | HILLIARD | | HILLIARD | |
| First Payment Default | 2/2/2006 | | 2/2/2006 | | | 11/29/2005 | | 11/29/2005 | | | 12/27/2004 | | 12/27/2004 | | | | | | |
| | 6.950% | | 10.700% | | | 7.800% | | 10.850% | | | 6.900% | | 11.650% | | | 8.150% | | 10.450% | |
| | 10/01/05 | | 10/01/05 | | | 09/01/05 | | 09/01/05 | | | 10/01/04 | | 10/01/04 | | | 11/01/05 | | 11/01/05 | |
| | 05/01/07 | | 05/01/07 | | | 09/01/05 | | 09/01/05 | | | 10/01/04 | | 10/01/04 | | | 11/01/05 | | 11/01/05 | |
| | 08/29/07 | | 08/29/07 | | | 12/30/05 | | 12/30/05 | | | 01/29/05 | | 01/29/05 | | | 03/01/06 | | 03/01/06 | |
| | $148,103.76 | $37,404.29 | $185,508.05 | | | $112,000.00 | $28,000.00 | $140,000.00 | | | $211,500.00 | $48,500.00 | $260,000.00 | | | $78,400.00 | $19,600.00 | $98,000.00 | |
| | 15 | | 15 | | | 623 | | 623 | | | 957 | | 957 | | | 562 | | 562 | |
| | $423.01 | | $164.48 | | | $2,872.11 | | $998.79 | | | $4,797.86 | | $1,857.62 | | | $2,100.69 | | $673.38 | |
| | $0.00 | | $0.00 | | | $7,717.26 | | $1,929.32 | | | $24,250.07 | | $5,560.89 | | | $4,746.96 | | $1,186.74 | |
| | $4,611.37 | | $0.00 | | | $3,024.00 | | $0.00 | | | $8,460.00 | | $1,091.25 | | | $1,760.86 | | $0.00 | |
| BPO | | | | | | | | | | | | | | | | | | | |
| | $153,138.14 | $37,568.77 | $190,706.91 | | | $125,613.37 | $30,928.11 | $156,541.48 | | | $249,007.93 | $57,009.76 | $306,017.69 | | | $87,008.51 | $21,460.12 | $108,468.63 | |
| 12/22/2005 | | | 12/22/2005 | | | 1/11/2007 | | 1/11/2007 | | | 1/22/2007 | | 1/22/2007 | | | 1/18/2007 | | 1/18/2007 | |
| | $165,000.00 | | $165,000.00 | | | $129,900.00 | | $129,900.00 | | | $198,000.00 | | $198,000.00 | | | $37,000.00 | | $37,000.00 | |
| | $(148,500.00) | $ (148,500.00) | | | | $(116,910.00) | $ (116,910.00) | | | | $(178,200.00) | $ (178,200.00) | | | | $(33,300.00) | $ (33,300.00) | | |
| BPO | | | BPO | | | BPO | | BPO | | | BPO | | BPO | | | BPO | | BPO | |
| | | | | $ 42,206.91 | $42,206.91 | | | | $ 39,631.48 | $39,631.48 | | | | $ 127,817.69 | $127,817.69 | | | | $75,168.63 | $43,239.14 |
| | | | | | | | | | | | | | | | | | | $ 31,929.49 | |

| | 112 | 113 | | 114 | 115 | | 116 | 117 | | 118 | 119 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fraud Insurance Outstanding | | | Fraud Insurance Outstanding | | | Outstanding | | | Fraud Insurance Outstanding | | |
| | 13158787 | 13158795 | | 13328075 | 13328083 | | 12580023 | 12580031 | | 12999165 | 12999173 | |
| | LEE | LEE | Total | MOORE | MOORE | Total | SEM | SEM | Total | WILLIAMS | WILLIAMS | Total |
| | **1ST** | **2ND** | | **1ST** | **2ND** | | **1st** | **2nd** | | **1st** | **2nd** | |
| | | | | | | | First Payment Default | First Payment Default | | | | |
| Variance | 9/1/2006 | 9/1/2006 | | 10/3/2006 | 10/3/2006 | | 4/27/2006 | 4/27/2006 | | 9/27/2006 | 9/27/2006 | |
| Variance | 8.000% | 10.850% | | 8.240% | 10.850% | | 6.350% | 10.700% | | 7.600% | 11.100% | |
| | 04/01/06 | 04/01/06 | | 04/01/06 | 04/01/06 | | 02/01/06 | 02/01/06 | | 03/01/06 | 03/01/06 | |
| | 05/01/06 | 06/01/06 | | 09/01/06 | 09/01/06 | | 04/01/07 | 02/01/06 | | 11/01/06 | 11/01/06 | |
| | 08/29/06 | 09/29/06 | | 12/30/06 | 12/30/06 | | 07/30/07 | 06/01/06 | | 03/01/07 | 03/01/07 | |
| | $179,879.22 | $44,966.71 | $224,845.93 | $150,710.28 | $37,729.10 | $188,439.38 | $344,618.40 | $87,000.00 | $431,618.40 | $440,000.00 | $109,682.83 | $549,682.83 |
| | 380 | 350 | | 258 | 258 | | 46 | 470 | | 197 | 197 | |
| | $4,731.07 | $1,604.02 | | $4,082.80 | $1,345.84 | | $2,757.89 | $3,060.49 | | $10,993.97 | $4,002.67 | |
| | $6,406.66 | $1,416.76 | | $2,849.04 | $713.24 | | $0.00 | $4,171.23 | | $4,641.10 | $1,156.93 | |
| | $4,771.80 | $0.00 | | $4,210.92 | $0.00 | | $10,060.68 | $0.00 | | $12,469.60 | $0.00 | |
| BPO | | | | | | | | | | | | |
| BPO | 3/27/2007 | 10/18/2006 | | 2/14/2007 | 2/14/2007 | | 10/27/2006 | 10/27/2006 | | 1/4/2007 | 1/4/2007 | |
| | $178,000.00 | $200,500.00 | $178,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $225,000.00 | $225,000.00 | $225,000.00 | $535,000.00 | $535,000.00 | $535,000.00 |
| | $(160,200.00) | $(180,450.00) | $(160,200.00) | $(126,000.00) | $(126,000.00) | $(126,000.00) | $(202,500.00) | $(202,500.00) | $(202,500.00) | $(481,500.00) | $(481,500.00) | $(481,500.00) |
| | $195,788.75 | $47,987.49 | $243,776.23 | $161,853.05 | $39,788.18 | $201,641.23 | $357,436.97 | $94,231.73 | $451,668.70 | $468,104.67 | $114,842.43 | $582,947.10 |
| | | | $83,576.23 | | | $75,641.23 | | | $249,168.70 | | | $101,447.10 |
| | | | $30,816.95 | | | $31,642.13 | | | $249,168.70 | | | $101,447.10 |
| | | | $ 52,759.28 | | | $ 43,999.10 | | | | | | |

| Fraud Insurance Outstanding | | | |
|---|---|---|---|
| | 1ST | 2ND | Total |
| | 12356945 | 12356952 | |
| YOUNG | YOUNG | | |
| Variance | 11/30/2006 | 11/30/2006 | |
| | 6.950% | 10.800% | |
| | 01/01/06 | 01/01/06 | |
| | 02/01/07 | 02/01/07 | |
| | 06/01/07 | 06/01/07 | |
| | $136,000.00 | $33,826.24 | $169,826.24 |
| | 105 | 105 | |
| | $2,719.07 | $1,050.93 | |
| | $0.00 | $0.00 | |
| | $2,971.60 | $0.00 | |
| | $141,690.67 | $34,877.17 | $176,567.84 |
| | $170,000.00 | $170,000.00 | $170,000.00 |
| Sale Price | (153,000.00) | (153,000.00) | (153,000.00) |
| | 10/1/2006 | 10/1/2006 | |
| Sale Price | | | $23,567.84 |

| TOTAL | |
|---|---|
| | $ 17,653,846.46 |
| | $ 19,117,549.70 |
| | $ 23,567.84 |
| | $ 4,441,510.20 |
| | $ 505,816.39 |
| | $ 3,935,693.82 |