# EXHIBIT G



**HSBC Mortgage Services**

Via DHL

3023 HSBC Way
Fort Mill, SC 29715

May 11, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re:  OSCAR GARCIA, 430 S REINWAY AVENUE, WATERFORD, CA
     HSBC Loan #12351003 / Previous Loan # 216654

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. An investigation found a straw buyer, occupancy misrepresentation, and undisclosed liabilities. Please see the attached investigative report for details.

Please wire the sum of $66,117.21 on June 8, 2007.

| | |
|---|---|
| Unpaid Principal Balance | $62,187.06 |
| Interest to 06/08/2007 | $3,835.15 |
| Corporate Advances | $95.00 |
| Total | $66,117.21 |
| Per Diem | $18.40 |

Wire Instructions
| | |
|---|---|
| Bank | HSBC Bank |
| | Buffalo, New York |
| ABA # | 021001088 |
| Account # | 001842447 |
| Account Name | Mortgage Services - Seller Relations |
| Ref: | GARCIA /12351003-Repurchase |

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc:  Chris Olliff, Ben Freese, Dan Novar, Nancy Case, Pam Para

# HSBC
## HSBC Mortgage Services

3023 HSBC Way
Fort Mill, SC 29715

Via DHL

June 1, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re: LA'TANYA BLACK, 9920 N OAKWOOD COURT, MINNEAPOLIS, MN 55443
HSBC Loan #13326749 / Previous Loan # 237178

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. An investigation found an undisclosed liability. Please see the attached investigative report for details.

Please wire the sum of $85,292.92 on June 29, 2007.

| | |
|---|---|
| Unpaid Principal Balance | $82,549.12 |
| Interest to 06/29/2007 | $2,743.80 |
| Total | $85,292.92 |
| Per Diem | $22.86 |

Wire Instructions
| | |
|---|---|
| Bank | HSBC Bank |
| | Buffalo, New York |
| ABA # | 021001088 |
| Account # | 001842447 |
| Account Name | Mortgage Services - Seller Relations |
| Ref: | BLACK /13326749-Repurchase |

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc: Chris Olliff, Ben Freese, Dan Novar, Nancy Case, Pam Para



Via DHL

August 28, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re:  GARY A NASH, 318 HIGH ST, POTTERVILLE, MI 48876
     HSBC Loan #9608647 / Previous Loan # 128305

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. An investigation found a straw borrower and occupancy misrepresentation. Please see the attached investigative report for details.

Please wire the sum of $91,376.10 on September 18, 2007.

| | |
|---|---:|
| Unpaid Principal Balance | $83,359.39 |
| Interest to    09/18/2007 | $2,653.80 |
| Extension Interest | $1,794.06 |
| Premium | $2,708.10 |
| Corporate Advances | $860.75 |
| Total | $91,376.10 |
| Per Diem | $20.21 |

Wire Instructions

| | |
|---|---|
| Bank | HSBC Bank |
| | Buffalo, New York |
| ABA # | 021001088 |
| Account # | 001842447 |
| Account Name | Mortgage Services - Seller Relations |
| Ref: | NASH /9608647-Repurchase |

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc:  Chris Olliff, Ben Freese, Dan Novar, Nancy Case, Pam Para



Via DHL

August 28, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re:   KENNETH PIERCE, 802 SAINT ANDREWS COURT, GARLAND, TX 75043
      HSBC Loan #14300586 / Previous Loan # 247983

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. An investigation found undisclosed liabilities. See the attached investigative report for details. Please be advised the subject is currently in REO.

Please wire the sum of $114,771.62 on September 18, 2007.

| | |
|---|---|
| Unpaid Principal Balance | $97,821.02 |
| Interest to   09/18/2007 | $6,295.92 |
| Premium | $4,460.96 |
| Corporate Advances | $6,193.72 |
| Total | $114,771.62 |
| Per Diem | $26.56 |

Wire Instructions

| | |
|---|---|
| Bank | HSBC Bank |
|  | Buffalo, New York |
| ABA # | 021001088 |
| Account # | 001842447 |
| Account Name | Mortgage Services - Seller Relations |
| Ref: | PIERCE /14300586-Repurchase |

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc:   Chris Olliff, Ben Freese, Dan Novar, Nancy Case, Pam Para



Via DHL

September 25, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re:   TIMOTHY E HOWARD, 2005 LOWELL STREET, MIDDLETOWN, OH 45042
      HSBC Loan #12089397 / Previous Loan # 215917

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. The investigation found occupancy misrepresentation. Please see attached investigative report for details.

Please wire the sum of $20,529.97 on October 26, 2007.

| | |
|---|---|
| Unpaid Principal Balance | $19,627.77 |
| Interest to   10/26/2007 | $301.68 |
| Extension Interest | $500.52 |
| Corporate Advances | $100.00 |
| Total | $20,529.97 |
| Per Diem | $5.49 |

Wire Instructions
| | |
|---|---|
| Bank | HSBC Bank |
| | Buffalo, New York |
| ABA # | 021001088 |
| Account # | 001842447 |
| Account Name | Mortgage Services - Seller Relations |
| Ref: | HOWARD /12089397-Repurchase |

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc:   Chris Olliff, Ben Freese, Dan Novar, Nancy Case, Pam Para



Via DHL

October 3, 2007

Mr. Howard Wegman
CreveCor Mortgage, Inc.
1150 Hanley Industrial Court
St. Louis, MO 63144

Re:   VALERIE GREENE, 2320 MULBERRY AVE, LANCASTER, CA 93535
      HSBC Loan #13557111 / Previous Loan # 238248

Dear Mr. Wegman,

In accordance with Section 4.2b of the Bulk Continuing Loan Purchase Agreement between Household Financial Services, Inc. and Creve Coeur Mortgage dated as of March 10, 2000, please find below the repurchase price for the captioned loan. An investigation found a straw borrower and occupancy misrepresentation. Please see the attached investigative report for details.

Please wire the sum of $67,372.58 on October 31, 2007.

| | |
|---|---:|
| Unpaid Principal Balance | $64,289.97 |
| Interest to   10/31/2007 | $2,617.39 |
| Extension Interest | $227.22 |
| Premium | $208.00 |
| Corporate Advances | $30.00 |
| Total | $67,372.58 |
| Per Diem | $19.46 |

Wire Instructions
  Bank          HSBC Bank
                Buffalo, New York
  ABA #         021001088
  Account #     001842447
  Account Name  Mortgage Services - Seller Relations
  Ref:          GREENE /13557111-Repurchase

If you have any questions, please call me at 803-835-6022 or email to james.c.moretz@us.hsbc.com.

Sincerely,

James Moretz
Repurchase Coordinator

cc:   Chris Olliff, Nancy Case, Pam Para, PBIS Claims Dept.