Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7144 | DATE | 2/19/2008 |
| CASE TITLE | HSBC Mortgage Services, Inc. vs. CreveCor Mortgage, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff HSBC's motion for entry of judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) [16] granted. Judgment is entered in favor of the Plaintiff HSBC Mortgage Services, Inc. and against Defendant CreveCor Mortgage, Inc. in the amount of $7,926,094.63, plus interest accruing at the rate set forth in 28 U.S.C. § 1961 from the date of entry of this judgment until full payment is made. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|