MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | No.: 07 C 7144 |
| ) | |
| v. ) | Judge Rebecca R. Pallmeyer |
| ) | |
| CREVECOR MORTGAGE, INC. ) | |
| ) | |
| Defendant. ) | |

[Proposed] ORDER ENTERING JUDGMENT BY DEFAULT   RRP

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default Pursuant to Fed. R. Civ. P. 55(b)(2) (the "Motion") against Defendant CreveCor Mortgage, Inc.; the Memorandum of Law in Support of the Motion; and the Affidavit of Robert K. Carse in Support of the Motion, including the attached exhibits, it appearing that there is good cause to grant the Motion, and there being no objection to the Motion, IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Motion is hereby granted; and

2. Judgment is entered in favor of the Plaintiff HSBC Mortgage Services, Inc. and against Defendant CreveCor Mortgage, Inc. in the amount of $7,926,094.63, plus interest accruing at the rate set forth in 28 U.S.C. § 1961 from the date of entry of this judgment until full payment is made.

ENTER:

Dated: Feb. 19, 2008

_____
District Court Judge